IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>                  Plaintiff,<br><br>                  v.<br><br>SYMANTEC CORPORATION,<br><br>                  Defendant. | Civil Action No. 3:13-cv-808 |

## DEFENDANT'S MOTION TO DISMISS

Defendant Symantec Corporation, by counsel, respectfully move this Court to dismiss the seventh (Fraudulent Concealment), eighth (Unjust Enrichment), and ninth (Conversion) counts of the First Amended Complaint (Docket No. 12) pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. The grounds for this motion are more fully set forth in Memorandum in Support of Defendant Symantec Corporation's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), which is filed herewith.

                                            SYMANTEC CORPORATION


                                            By   /s/
                                                   Of Counsel

Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

David A. Nelson (admitted *pro hac vice*)
davenelson@quinnemanuel.com
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
QUINN EMANUEL URQUHART & SULLIVAN LLP

*Attorneys for Defendant Symantec Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January, 2014, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following:

Dana Duane McDaniel (dmcdaniel@spottsfain.com)
John Michael Erbach (jerbach@spottsfain.com)
Spotts Fain PC
411 E Franklin St, Suite 600
PO Box 1555
Richmond, VA 23218-1555
(804) 697-2065
Fax: (804) 697-2165

David I. Gindler (dgindler@irell.com)
Jason G. Sheasby (jsheasby@irell.com)
Richard M. Birnholz (rbirnholz@irell.com)
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, California 90067-4276
Phone: (310) 277-1010
Fax: (310) 203-7199

*Counsel for The Trustees of Columbia University
In the City of New York*

                                                /s/
                                   Dabney J. Carr, IV, VSB #28679
                                   **TROUTMAN SANDERS LLP**
                                   P. O. Box 1122
                                   Richmond, Virginia 23218-1122
                                   Telephone: (804) 697-1200
                                   Facsimile: (804) 697-1339
                                   dabney.carr@troutmansanders.com
                                   *Counsel for Defendant Symantec Corporation*