IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION,<br><br>Defendant. | Civil Action No. 3:13-cv-808 |

**DEFENDANT SYMANTEC CORPORATION'S MOTION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)**

Defendant Symantec Corporation, through undersigned counsel, hereby respectfully moves pursuant to 28 U.S.C. § 1404(a) to transfer venue to the Central District of California, Western Division, because that venue will best accommodate the witnesses, proof, and overall circumstances in this case. The grounds for this Motion are set forth more fully in Defendant's Memorandum of Points and Authorities filed contemporaneously herewith.

January 14, 2014

Respectfully Submitted,

SYMANTEC CORPORATION

By: _____/s/_____
      Of Counsel

Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

David A. Nelson (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
davenelson@quinnemanuel.com

*Counsel for Defendant Symantec Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January, 2014, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following:

Dana Duane McDaniel (dmcdaniel@spottsfain.com)
John Michael Erbach (jerbach@spottsfain.com)
Spotts Fain PC
411 E Franklin St, Suite 600
PO Box 1555
Richmond, VA 23218-1555
(804) 697-2065
Fax: (804) 697-2165

David I. Gindler (dgindler@irell.com)
Jason G. Sheasby (jsheasby@irell.com)
Richard M. Birnholz (rbirnholz@irell.com)
Irell & Manella LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, California 90067-4276
Phone: (310) 277-1010
Fax: (310) 203-7199

*Counsel for The Trustees of Columbia University
In the City of New York*

                                                  /s/
                                    Dabney J. Carr, IV, VSB #28679
                                    TROUTMAN SANDERS LLP
                                    P. O. Box 1122
                                    Richmond, Virginia 23218-1122
                                    Telephone: (804) 697-1200
                                    Facsimile: (804) 697-1339
                                    dabney.carr@troutmansanders.com

                                    *Counsel for Defendant Symantec Corporation*