IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, <br><br> Plaintiff, <br><br> v. <br><br> SYMANTEC CORPORATION, <br><br> Defendant. | Case No. 3:13CV808 |

## ORDER

This matter comes before the Court on the Unopposed Motion of Symantec Corporation ("Symantec") to extend the time for Symantec to file its Reply Briefs in support of its Motion to Dismiss for Failure to State a Claim [ECF No. 18] and Motion to Transfer to the Central District of California Pursuant to 28 U.S.C. § 1404(a) [ECF No. 21] to February 10, 2014. The Court hereby GRANTS the Motion. The deadline for Symantec to file its reply brief in support of its Motion to Dismiss [ECF No. 18] and its reply brief in support of its Motion to Transfer [ECF No. 21] is hereby EXTENDED to Monday, February 10, 2014.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
United States District Judge

ENTERED this ___ day of February 2014.