# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION,<br><br>Defendant. | Civil Action No. 3:13-cv-808 |

## JOINT STIPULATION REGARDING DEADLINE FOR SERVICE OF PLAINTIFF'S PRIOR ART STATEMENT

The parties, by counsel, hereby jointly stipulate that the "Prior Art Statement" of The Trustees of Columbia University in the City of New York ("Columbia"), due to be served on Symantec Corporation ("Symantec") on June 13, 2014, shall instead be due on June 20, 2014.

| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK | SYMANTEC CORPORATION |
|---|---|
| By:<br><br>_____/s/_____<br>John M. Erbach (VSB No. 76695)<br>jerbach@spottsfain.com<br>Dana D. McDaniel (VSB No. 25419)<br>dmcdaniel@spottsfain.com<br>SPOTTS FAIN, P.C.<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia 23219<br>Phone: (804) 697-2065<br>Fax: (804) 697-2165 | By:<br><br>_____/s/_____<br>Dabney J. Carr, IV (VSB No. 28679)<br>dabney.carr@troutmansanders.com<br>Stanley W. Hammer (VSB No. 82181)<br>stanley.hammer@troutmansanders.com<br>TROUTMAN SANDERS LLP<br>1001 Haxall Point<br>Richmond, Virginia 23219<br>Phone: (804) 697-1200<br>Fax: (804) 697-1339 |

David I. Gindler (admitted pro hac vice)
dgindler@irell.com
Jason G. Sheasby (admitted pro hac vice)
jsheasby@irell.com
Richard M. Birnholz (admitted pro hac vice)
rbirnholz@irell.com
Thomas C. Werner (admitted pro hac vice)
twerner@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, California 90067-4276
Phone: (310) 277-1010
Fax: (310) 203-7199

David Aaron Nelson (pro hac vice)
davenelson@quinnemanuel.com
Stephen A. Swedlow (pro hac vice)
stephenswedlow@quinnemanuel.com
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Fax: (312) 705-7401
QUINN EMANUEL URQUHART &
SULLIVAN LLP

Yury Kapgan (pro hac vice)
yurykapgan@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
QUINN EMANUEL URQUHART &
SULLIVAN LLP

Derek L. Shaffer (pro hac vice)
derekshaffer@quinnemanuel.com
777 6th Street, NW, 11th Floor
Washington, DC 20001-3706
Telephone: (202) 538-8000
Fax: (202) 538-8100
QUINN EMANUEL URQUHART &
SULLIVAN LLP

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2014, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which then will send automatic notification of such filing (NEF) to the following:

Dabney J. Carr, IV, VSB #28679
Stanley W. Hammer, VSB #82181
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
stanley.hammer@troutmansanders.com

David Aaron Nelson (pro hac vice)
davenelson@quinnemanuel.com
Stephen A. Swedlow (pro hac vice)
stephenswedlow@quinnemanuel.com
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Fax: (312) 705-7401
QUINN EMANUEL URQUHART &
SULLIVAN LLP

Yury Kapgan (pro hac vice)
yurykapgan@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
QUINN EMANUEL URQUHART &
SULLIVAN LLP

Derek L. Shaffer (pro hac vice)
derekshaffer@quinnemanuel.com
777 6th Street, NW, 11th Floor
Washington, DC 20001-3706
Telephone: (202) 538-8000
Fax: (202) 538-8100
QUINN EMANUEL URQUHART &
SULLIVAN LLP

*Counsel for Symantec Corporation*

                                         /s/
Dana D. McDaniel (dmcdaniel@spottsfain.com)
John Michael Erbach (jerbach@spottsfain.com)
Spotts Fain PC
411 E Franklin St, Suite 600
PO Box 1555
Richmond, VA 23218-1555
(804) 697-2065
Fax: (804) 697-2165
*Counsel for The Trustees of Columbia University In the City of New York*