IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

    Plaintiff,

v.

SYMANTEC CORPORATION,

    Defendant.

Civil Action No. 3:13-CV-808

## ORDER

THIS MATTER is before the Court on the Parties' Joint Motion to Modify Pretrial Order to Adjust Claim Construction Briefing Due Dates ("Joint Motion") (ECF No. 103). Upon due consideration, the Joint Motion is hereby GRANTED. The Parties may file their opening claim construction briefs on or before Friday, August 15, 2014, and may file their opposition briefs on or before Thursday, August 28, 2014.

    Let the Clerk send a copy of this Order to all counsel of record.

    It is SO ORDERED.

_____/s/_____
James R. Spencer
Senior U. S. District Judge

ENTERED this __4th__ day of August 2014.