IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, *Plaintiff* vs. SYMANTEC CORPORATION, *Defendant* | Civil Action No. 3:13-cv-00808-JRS  JURY TRIAL DEMANDED |

## ORDER

THIS MATTER is before the Court on the Joint Motion for Entry of Final Judgment On All Infringement Claims Based On The Court's Claim Construction And Indefiniteness Rulings And For An Order Staying Remaining Decoy Claims Pending Appeal brought by plaintiff The Trustees of Columbia University in the City of New York ("Columbia") and defendant Symantec Corporation ("Symantec"). Having considered the pleadings filed by the parties and being fully informed in the matter, and for other good cause, the Joint Motion is GRANTED.

Based on the parties' stipulation and as set forth therein, the Court hereby finds that there is no just reason to delay the entry of a final, appealable judgment on Columbia's First through Sixth Claims for Relief pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. The Court will separately enter a form of Final Judgment on Columbia's First through Sixth Claims for Relief under Rule 54(b) of the Federal Rules of Civil Procedure. The prosecution histories of the asserted patents are made of record. The Court further finds that due to their size, such

prosecution histories are not to be electronically filed, imaged or maintained in the ECF system, and shall be filed with the Clerk on DVD or other appropriate removable storage medium.

Columbia's Seventh through Eleventh Claims for Relief are hereby ordered STAYED pending resolution of any appeal on Columbia's First through Sixth Claims for Relief or further order from this Court.

Let the Clerk file this Order electronically, notifying all counsel of record accordingly.

It is so ORDERED.

Date: 11-4-14
Richmond, Virginia

/s/
James R. Spencer
Senior U. S. District Judge