IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Plaintiff*<br><br>vs.<br><br>SYMANTEC CORPORATION,<br><br>*Defendant*. | Civil Action No. 3:13-cv-00808-MHL<br><br>**JURY TRIAL DEMANDED** |

## **JOINT STATUS REPORT**

In accordance with the Court's order dated August 8, 2016 (Dkt. 169), Plaintiff The Trustees of Columbia University in the City of New York ("Columbia") and Defendant Symantec Corporation ("Symantec"), by and through their respective counsel of record, hereby submit this Joint Status Report regarding the status of Columbia's appeals from the USPTO's Final Written Decisions in Case Nos. IPR2015-375 and IPR2015-377 to the Court of Appeals for the Federal Circuit. Columbia's appeals are ongoing.

- As noted in the November 8, 2016 Joint Status Report, Columbia's appeals and Symantec's cross-appeals have been consolidated, with the lead case being Appeal No. 16-2551.

- On January 4, 2017, Columbia filed its opening appeal brief.

- Symantec's principal brief is due on March 15, 2017.

- Columbia's response brief will be due 40 days after Symantec files its principal brief, absent extensions or orders of the Federal Circuit.

- Symantec's reply brief will be due 14 days after Columbia files its principal brief, absent extensions or other orders of the Federal Circuit.

- Following briefing, the Federal Circuit will calendar the matter for oral argument in due course.

Dated: February 7, 2017              Respectfully submitted,

                                     THE TRUSTEES OF COLUMBIA UNIVERSITY
                                     IN THE CITY OF NEW YORK


                                     By:/s/ John M. Erbach
                                     Dana D. McDaniel (VSB No. 25419)
                                     dmcdaniel@spottsfain.com
                                     John M. Erbach (VSB No. 76695)
                                     jerbach@spottsfain.com
                                     Spotts Fain, P.C.
                                     411 East Franklin Street, Suite 600
                                     Richmond, Virginia 23219
                                     Phone: (804) 697-2065
                                     Fax: (804) 697-2165

                                     IRELL & MANELLA LLP
                                     David I. Gindler (dgindler@irell.com)
                                     Jason G. Sheasby (jsheasby@irell.com)
                                     Richard M. Birnholz (rbirnholz@irell.com)
                                     Michael H. Strub, Jr. (mstrub@irell.com)
                                     1800 Avenue of the Stars
                                     Suite 900
                                     Los Angeles, California 90067-4276
                                     Phone: (310) 277-1010
                                     Fax: (310) 203-7199
                                     *Pro Hac Vice*

                                     ATTORNEYS FOR PLAINTIFF
                                     THE TRUSTEES OF COLUMBIA UNIVERSITY
                                     IN THE CITY OF NEW YORK

SYMANTEC CORPORATION

By: */s/ Dabney J. Carr*
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
Stephen A. Swedlow (*pro hac vice*)
stephenswedlow@quinnemanuel.com
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

QUINN EMANUEL URQUHART & SULLIVAN LLP

Yury Kapgan (*pro hac vice*)
yurykapgan@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN LLP

Derek L. Shaffer (*pro hac vice*)
derekshaffer@quinnemanuel.com
777 6th Street NW, 11th floor
Washington, D.C. 20001-3706
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

QUINN EMANUEL URQUHART & SULLIVAN LLP

ATTORNEYS FOR DEFENDANT
SYMANTEC CORPORATION

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on the 7th day of February, 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: */s/ John M. Erbach*
Dana D. McDaniel (VSB No. 25419)
dmcdaniel@spottsfain.com
John M. Erbach (VSB No. 76695)
jerbach@spottsfain.com
Spotts Fain, P.C.
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2065
Fax: (804) 697-2165