IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Plaintiff*<br><br>vs.<br><br>SYMANTEC CORPORATION,<br><br>*Defendant*. | Civil Action No. 3:13-cv-00808-MHL<br><br>**JURY TRIAL DEMANDED** |

## **JOINT STATUS REPORT**

In accordance with the Court's order dated August 8, 2016 (Dkt. 169), Plaintiff The Trustees of Columbia University in the City of New York ("Columbia") and Defendant Symantec Corporation ("Symantec"), by and through their respective counsel of record, hereby submit this Joint Status Report regarding the status of Columbia's appeals from the USPTO's Final Written Decisions in Case Nos. IPR2015-375 and IPR2015-377 to the Court of Appeals for the Federal Circuit. Columbia's appeals are ongoing.

- Columbia's appeals and Symantec's cross-appeals have been consolidated, with the lead case being Appeal No. 16-2551.

- On January 4, 2017, Columbia filed its opening appeal brief.

- On March 15, 2017, Symantec filed its combined response brief to Columbia's appeal and opening brief for its cross-appeal.

- On May 24, 2017, Columbia filed its combined reply brief in support of its appeal and response brief to Symantec's cross-appeal.

- On July 7, 2017, Symantec filed its reply brief in support of its cross-appeal.

- Pursuant to a notice from the clerk of court, oral argument is expected to be calendared for a date in September, October, or November of 2017.

- The Federal Circuit will render a decision in the appeals in due course following oral argument.

| | |
|---|---|
| August 2, 2017 | Respectfully submitted, |
| | THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK |
| | By: */s/ John M. Erbach* |
| | Dana D. McDaniel (VSB No. 25419) |
| | dmcdaniel@spottsfain.com |
| | John M. Erbach (VSB No. 76695) |
| | jerbach@spottsfain.com |
| | Spotts Fain, P.C. |
| | 411 East Franklin Street, Suite 600 |
| | Richmond, Virginia 23219 |
| | Phone: (804) 697-2065 |
| | Fax: (804) 697-2165 |
| | |
| | IRELL & MANELLA LLP |
| | David I. Gindler (dgindler@irell.com) |
| | Jason G. Sheasby (jsheasby@irell.com) |
| | Richard M. Birnholz (rbirnholz@irell.com) |
| | Michael H. Strub, Jr. (mstrub@irell.com) |
| | 1800 Avenue of the Stars |
| | Suite 900 |
| | Los Angeles, California 90067-4276 |
| | Phone: (310) 277-1010 |
| | Fax: (310) 203-7199 |
| | *Pro Hac Vice* |
| | |
| | ATTORNEYS FOR PLAINTIFF |
| | THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK |

SYMANTEC CORPORATION

By: */s/ Dabney J. Carr*
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
Stephen A. Swedlow (*pro hac vice*)
stephenswedlow@quinnemanuel.com
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

QUINN EMANUEL URQUHART & SULLIVAN LLP

Yury Kapgan (*pro hac vice*)
yurykapgan@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

QUINN EMANUEL URQUHART & SULLIVAN LLP

Derek L. Shaffer (*pro hac vice*)
derekshaffer@quinnemanuel.com
777 6th Street NW, 11th floor
Washington, D.C. 20001-3706
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

QUINN EMANUEL URQUHART & SULLIVAN LLP

ATTORNEYS FOR DEFENDANT
SYMANTEC CORPORATION

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on the 2nd day of August, 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

>By: */s/ John M. Erbach*
>Dana D. McDaniel (VSB No. 25419)
>dmcdaniel@spottsfain.com
>John M. Erbach (VSB No. 76695)
>jerbach@spottsfain.com
>Spotts Fain, P.C.
>411 East Franklin Street, Suite 600
>Richmond, Virginia 23219
>Phone: (804) 697-2065
>Fax: (804) 697-2165