IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF
NEW YORK**

    **Plaintiff,**

v.                                                 Civil Action No. 3:13cv808

**SYMANTEC CORPORATION,**

    **Defendant.**

## ORDER

The Court VACATES the July 2, 2019 Order, (ECF No. 254), granting in part and denying in part the Motion to Permit Additional Claim Construction Proceedings, (ECF No. 204). As explained in the Court's July 2, 2019 Markman Opinion, (ECF No. 253), the Court GRANTS the Motion to Permit Additional Claim Construction Proceedings, (ECF No. 204), as to both "anomalous" and "model of function calls for the at least a [part/portion] of the program."

The Court also GRANTS Symantec's Motion to Seal, (ECF No. 206), and Columbia's Motion to Seal, (ECF No. 214).

No later than July 16, 2019, Columbia shall serve on Symantec an updated claim chart, to be comprised of the original information as defined in paragraph 3 of the Court's March 17, 2014 Order while eliminating only the now-excluded claims. (*See* ECF No. 56.) By that same date, Symantec shall serve on Columbia an updated list of the prior art on which it relies, to be comprised of that prior art originally asserted under paragraph 5 of the Court's March 17, 2014 Order while eliminating only the now-excluded prior art. (*See id.*)

No later than July 30, 2019, Symantec shall serve on Columbia a similarly updated claim chart as defined in paragraph 4 of the Court's March 17, 2014 Order. (*See id.*) This updated claim chart shall include the original information exchanged minus the now-excluded information. Also, no later than July 30, 2019, Columbia shall serve on Symantec a similarly updated prior art statement as defined in paragraph 6 of the Court's March 17, 2014. (*See id.*) This updated prior art statement shall include the information originally exchanged minus responses to the now-excluded prior art. (*See id.*)

Finally, no later than July 31, 2019, the Parties shall file a joint statement with the Court confirming their compliance with the specified deadlines.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 7/2/2019
Richmond, Virginia