**PROPOSED SCHEDULING TIME TABLE**

*Columbia University* **v.** *Symantec Corporation*

| EVENT | DATE |
|---|---|
| Columbia's Opposition to Symantec's Motion for Judgment on the Pleadings | August 5, 2019 |
| Cut Off for Updated Fact Discovery | August 21, 2019 |
| Updated Columbia Opening Expert Reports | August 21, 2019 |
| Symantec's Reply in Support of Its Motion for Judgment on the Pleadings | 14 days following the filing of Columbia's opposition |
| Plaintiff's and Defendant's Supplemental Markman Briefs | August 22, 2019 |
| Response Expert Reports | September 25, 2019 |
| Plaintiff's and Defendant's Rebuttal Markman Briefs | September 12, 2019 |
| Reply Expert Reports | October 16, 2019 |
| Markman Hearing | October 9, 2019 |
| Expert Depositions Completed | November 8, 2019 |
| Summary Judgment and/or Dispositive Filing Deadline | November 18, 2019 |
| Summary Judgment Hearing | January 10, 2020 |
| Submit Motions in Limine, Draft Jury Instructions, Voir Dire, and Final Pretrial Order | [Columbia's Proposal:  January 20, 2020] [Symantec's Proposal:  February 10, 2020] |
| Final Pretrial Conference | [Columbia's Proposal:  February 10, 2020] [Symantec's Proposal:  March 9, 2020] |
| Trial | [Columbia's Position: In mid to late January, February, or March 2020, with deadlines above to be adjusted as necessary to accommodate the trial date.]<br><br>[Symantec's Position: At the Court's discretion but preferably after April 13.] |