# CIVIL NON-JURY TRIAL OR MOTION HEARING: MINUTE SHEET

DATE: 8/1/19

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Columbia University v. Symantec | Case No. 3:13 cv 808 <br> Judge: Lauck <br> Court Reporter: Diane Palsbron |

MATTER COMES ON FOR: ( ) BENCH TRIAL ( ) MOTION HEARING (✓) OTHER: Technology presentation

APPEARANCES: Parties by (✓) with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )

OPENING STATEMENTS MADE ( )      OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS ( )
Technology presentation by the parties

Counsel for Plaintiff(s): Garrard Beeney, Dustin Guzior, Dana McDaniel, Stephen Elliott, Rohiniyurie Tashima

Counsel for Defendants: Dabney Carr, David Nelson, Richard Erwine, Nathaniel Hamstra

SET: 1:00   Began: 1:03   ENDED: 3:48   TIME IN COURT: 2:20

RECESSES: 2:23   2:45