IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF
NEW YORK,

    Plaintiff,

v.                                                       Civil Action No. 3:13cv808

SYMANTEC CORPORATION,

    Defendant.

## ORDER

For the reasons stated from the bench during the August 1, 2019 Technology Hearing, the Court:

(1) LIFTS the stay imposed on the Parties' briefing as to Defendant Symantec Corporation's ("Symantec") Motion for Judgment on the Pleadings, (ECF No. 245), as imposed by the Court in its May 30, 2019 Order, (ECF No. 248); and,

(2) DENIES AS MOOT the Motion for Reconsideration, (ECF No. 249).

Pursuant to the Court's instructions during the Technology Hearing, Plaintiff the Trustees of Columbia University in the City of New York SHALL file its response to the Motion for Judgment on the Pleadings and Symantec SHALL file its reply in accordance with the Parties' Proposed Scheduling Time Table, (ECF No. 261-4).

It is SO ORDERED.

                                                                                      /s/
                                                                M. Hannah Lauck
                                                                United States District Judge

Date: 8/5/2019
Richmond, Virginia