IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF
NEW YORK,

        Plaintiff,

v.                                        Civil Action No. 3:13cv808

SYMANTEC CORPORATION,

        Defendant.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES

the Motion for Judgment.  (ECF No. 245.)

It is SO ORDERED.

_____ /s/
M. Hannah Lauck
United States District Judge

Date: 11/19/2019
Richmond, Virginia