IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>        *Plaintiff*,<br><br>  v.<br><br>NORTONLIFELOCK INC.,<br><br>        *Defendant*. | Civil Action No. 3:13-cv-00808-MHL |

**COLUMBIA'S MOTION TO FILE UNDER SEAL EXHIBITS CONTAINING NORTONLIFELOCK, INC. INFORMATION**

Plaintiff, The Trustees of Columbia University in the City of New York ("Columbia"), by counsel, pursuant to E.D. Va. Loc. R. 5(C), hereby moves the Court for an Order sealing Exhibits 6 and 7 (the "Norton-Designated Exhibits") to Columbia's Memorandum in Opposition to Norton's Motion for Sanctions (the "Sanctions Opposition"). Columbia also moves to seal the unredacted Sanctions Opposition, because it would otherwise disclose much of the confidential material contained in the Norton-Designated Exhibits. Columbia will file in the public record a redacted version of the Sanctions Opposition.

The Norton-Designated Exhibits and the unredacted Sanctions Opposition all contain information that Defendant NortonLifeLock, Inc. ("Norton") redacted in connection with its Motion. Columbia takes no position with respect to whether such materials meet the standards to seal documents in the Fourth Circuit. A non-confidential memorandum will be filed contemporaneously herewith as required by E.D. Va. Loc. R. 5(C).

Columbia has filed herewith a Notice of Sealing Motion in accordance with E.D. Va. Loc. R. 5(C). Columbia waives oral argument on this Motion.

| | |
|---|---|
| Dated: June 1, 2020 | Respectfully submitted, |

/s/ *John M. Erbach*
Dana D. McDaniel (VSB No. 25419)
John M. Erbach (VSB No. 76695)
SPOTTS FAIN, P.C.
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Tel.: (804) 697-2000
Fax: (804) 697-2100
dmcdaniel@spottsfain.com
jerbach@spottsfain.com

Garrard R. Beeney (*pro hac vice*)
Dustin F. Guzior (*pro hac vice*)
Stephen J. Elliott (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel.: (212) 558-4000
Fax: (212) 558-3588
beeneyg@sullcrom.com
guziord@sullcrom.com
elliotts@sullcrom.com

*Counsel for Plaintiff The Trustees of Columbia University in the City of New York*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 1st day of June, 2020, I will electronically file the foregoing using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: <i>/s/ John M. Erbach</i><br>
John M. Erbach (VSB No. 76695)<br>
SPOTTS FAIN, P.C.<br>
411 East Franklin Street, Suite 600<br>
Richmond, Virginia 23219<br>
Phone: (804) 697-2044<br>
Fax: (804) 697-2144<br>
jerbach@spottsfain.com