IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Plaintiff*,<br><br>v.<br><br>NORTONLIFELOCK INC.,<br><br>*Defendant*. | Civil Action No. 3:13-cv-00808-MHL |

**COLUMBIA'S MOTION TO FILE UNDER SEAL EXHIBITS CONTAINING MATERIAL DESIGNATED CONFIDENTIAL BY NORTONLIFELOCK, INC.**

Plaintiff, The Trustees of Columbia University in the City of New York ("Columbia"), by counsel, pursuant to E.D. Va. Loc. R. 5(C), hereby moves the Court for an Order sealing Exhibits G through I to Columbia's Memorandum in Support of its Cross-Motion for Partial Summary Judgment Regarding Prosecution History Estoppel (the "Memorandum"), which is attached as Exhibit B to Columbia's Memorandum in Support of its Motion for Leave to File a Cross-Motion for Partial Summary Judgment Regarding Prosecution History Estoppel. Columbia also moves to seal the unredacted Memorandum, because it would otherwise disclose much of the confidential material contained in Exhibits G through I. Columbia will file in the public record a redacted version of the Memorandum.

Exhibits G through I contain information that Defendant NortonLifeLock, Inc. ("Norton") has labeled "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY." Columbia takes no position with respect to whether Exhibits G through I meet the standard to seal documents in the Fourth Circuit. A non-confidential memorandum will be filed contemporaneously herewith as required by E.D. Va. Loc. R. 5(C).

Columbia has filed herewith a Notice of Sealing Motion in accordance with E.D. Va. Loc. R. 5(C).  Columbia waives oral argument on this Motion.

Dated:  August 28, 2020	Respectfully submitted,

*/s/ John M. Erbach*
Dana D. McDaniel (VSB No. 25419)
John M. Erbach (VSB No. 76695)
SPOTTS FAIN, P.C.
411 East Franklin Street, Suite 600
Richmond, Virginia  23219
Tel.: (804) 697-2065
Fax:  (804) 697-2165
dmcdaniel@spottsfain.com
jerbach@spottsfain.com

Garrard R. Beeney (*pro hac vice*)
Dustin F. Guzior (*pro hac vice*)
Stephen J. Elliott (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel.: (212) 558-4000
Fax:  (212) 558-3588
beeneyg@sullcrom.com
guziord@sullcrom.com
elliotts@sullcrom.com

*Counsel for Plaintiff The Trustees of Columbia University in the City of New York*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 28th day of August, 2020, I will electronically file the foregoing using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

By: */s/ John M. Erbach*
John M. Erbach (VSB No. 76695)
SPOTTS FAIN, P.C.
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2065
Fax: (804) 697-2165
jerbach@spottsfain.com