**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF
NEW YORK,**

     **Plaintiff,**

**v.**                                                  **Civil Action No. 3:13cv808**

**NORTONLIFELOCK, INC.,**

     **Defendant.**

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS

IN PART AND DENIES IN PART the Motion for Partial Summary Judgment.  (ECF No. 312.)

Specifically, the Court:

(1)     GRANTS summary judgment on Columbia's unjust enrichment claim in Count Eight to the extent it relies on the 2006 NICECAP Draft Proposals and the confidentiality requirements of the NDA;

(2)     GRANTS summary judgment on Columbia's conversion claim in Count Nine;

(3)     DENIES summary judgment on Columbia's fraudulent concealment claim in Count Seven; and,

(4)     GRANTS summary judgment in favor of Columbia on whether prosecution history estoppel forecloses Columbia's arguments under the doctrine of equivalents as to Columbia's infringement claims pertaining to the 115 Patent in Count Five and the 322 Patent in Count Six.

(5)     ORDERS the parties to submit a joint stipulation of the definition of the word "anomalous" within fourteen (14) days of the date of this Order.

Thus, only Counts Five (infringement of the 115 Patent),[56] Six (infringement of the 322 Patent),[57] Seven (fraudulent concealment), Ten (correction of Inventorship for the 643 Patent to sole inventorship), and Eleven (correction of inventorship for the 643 Patent to Joint Inventorship) of the Amended Complaint remain.  (ECF No. 12.)

It is SO ORDERED.

Date: 12/23/2021
Richmond, Virginia

_____
/s/
M. Hannah Lauck
United States District Judge

_____

[56] Only claims 2, 9–10, 12, 19–20, 23, 30–31, 33, and 40–41 of the 115 Patent remain at issue.

[57] Only claims 2, 8, 11, 17, 25, and 27 of the 322 Patent remain at issue.