IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY
OF NEW YORK,

        Plaintiff,

v.                                                                            Civil Action No. 3:13cv808

NORTONLIFELOCK, INC.,

        Defendant.

## ORDER

This matter comes before the Court *sua sponte.*  For the reasons identified in the Court's December 23, 2021 Memorandum Opinion on Norton's Motion for Partial Summary Judgement, (*see* ECF No. 684, at 25 n.22),  and pursuant to Fed. R. Civ. P 60(a), the Court issues an Amended Memorandum Opinion replacing the Court's 2019 Memorandum Opinion on Norton's Motion for Judgement on the Pleadings, (ECF No. 288).  The Court does so to rectify a clerical mistake and to remove any ambiguity from the record.

Therefore, the Court DIRECTS the Clerk to file the Amended Memorandum Opinion attached as Exhibit A to replace the Court's prior Memorandum Opinion.  (ECF No. 288.)

It is SO ORDERED.

Date: 2/2/2022
Richmond, Virginia

_____
/s/
M. Hannah Lauck
United States District Judge