IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF
NEW YORK,

      Plaintiff,

v.                                              Civil Action No. 3:13cv808

NORTONLIFELOCK, INC.,

      Defendant.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES the Motion to Strike. (ECF No. 374.) Specifically, the Court will allow the admissible portions of Dr. Cole and Dr. Sullivan's testimony on the following topics:

(1)    Dr. Cole's apportionment calculations, including his use of units other than the SSPPU;

(2)    Dr. Sullivan's opinion to the extent it relies upon Dr. Cole's analysis;

(3)    Dr. Sullivan's inclusion of worldwide revenues in his calculation of a reasonable royalty for the 115 and 322 Patents; and,

(4)    Dr. Sullivan's use of comparable agreements in calculating the value of the 643 Patent.

It is SO ORDERED.

Date: 2/23/2022  
Richmond, Virginia

/s/ M. Hannah Lauck  
M. Hannah Lauck  
United States District Judge