**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, <br><br> *Plaintiff* <br><br> v. <br><br> NORTONLIFELOCK INC., <br><br> *Defendant* | Civil Action No. 3:13-cv-00808-MHL |

**NORTONLIFELOCK'S MOTIONS *IN LIMINE***

Defendant NortonLifeLock Inc. ("Norton") respectfully moves in limine to exclude certain evidence at trial. Specifically, Norton requests that the Court exclude: (i) the amount Broadcom paid for Norton's Enterprise business and the value of a loan secured by Norton's patents; (ii) arguments, evidence, or reference to alleged copying by Norton; (iii) untimely evidence concerning willfulness; (iv) Columbia did not disclose during discovery; (v) comments and arguments regarding Marc Dacier's absence from trial; (vi) evidence regarding out-of-court conversations with Marc Dacier; and (vii) reference to the Inter Partes Review proceedings concerning the asserted patents.

The grounds for these motions *in limine* are set forth in Norton's Memorandum in Support, which is filed herewith.

February 28, 2022                     NORTONLIFELOCK INC.

                                     By: ___/s/_____
                                              Of Counsel

Dabney J. Carr, IV, VSB #28679
TROUTMAN PEPPER
HAMILTON SANDERS LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
Stephen A. Swedlow (*pro hac vice*)
stephenswedlow@quinnemanuel.com
Nathan Hamstra (*pro hac vice*)
nathanhamstra@quinnemanuel.com
191 N. Upper Wacker, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
QUINN EMANUEL URQUHART &
SULLIVAN LLP

Nina Tallon (*pro hac vice*)
ninatallon@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (703) 967-9395
QUINN EMANUEL URQUHART & SULLIVAN, LLP

Richard Erwine (*pro hac vice*)
richarderwine@quinnemanuel.com
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7135
Facsimile: (212) 849-7100

ATTORNEYS FOR DEFENDANT
NORTONLIFELOCK INC.