IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF
NEW YORK,

    Plaintiff,

v.                                        Civil Action No. 3:13cv808

NORTONLIFELOCK, INC.,

    Defendant.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES Norton's Motions *in Limine* V and VI, part of ECF No. 767.

The Court also ORDERS that, no later than March 16, 2022, counsel for Norton must disclose on the record in writing any information garnered from Dr. Dacier during the period their representation of Dr. Dacier was a conflict.

It is SO ORDERED.

Date: 3-15-2022
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge