IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF
NEW YORK,

    Plaintiff,

v.                                                                              Civil Action No. 3:13cv808

NORTONLIFELOCK, INC.,

    Defendant.

## FINAL AMENDED ORDER

For the reasons stated in the March 18, 2022 Memorandum Order, (ECF No. 900), the March 21, 2022 Memorandum Order (ECF. No. 907), and those articulated in the February 23, 2022 Memorandum Opinion, (ECF No. 741), the Court issues its FINAL AMENDED ORDER to ECF No. 741. The Court strikes ECF. Nos. 742 and 901 and orders as follows:

The Court GRANTS IN PART and DENIES IN PART the Motion to Strike Hosfield's Testimony. (ECF No. 382.) Specifically, the Court:

(1) DENIES Columbia's request to exclude Hosfield based on his reliance on Dr. Jaeger and his knowledge of the patents-at-issue;

(2) GRANTS Columbia's request to exclude Hosfield's testimony on the Snakeyes, Allure, Red Balloon, and TCS Agreements;

(3) GRANTS Columbia's request to exclude Hosfield's testimony regarding the IPR proceedings and prior art; and,

(4) EXCLUDES Hosfield's testimony concerning Norton's 2015 settlement offer in valuing the 643 Patent.

IT IS SO ORDERED.

Date: 3-21-2022
Richmond, Virginia

                                                      /s/
                                     M. Hannah Lauck
                                     United States District Judge