IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Plaintiff*<br><br>v.<br><br>NORTONLIFELOCK INC. f/k/a SYMANTEC CORPORATION,<br><br>*Defendant* | Civil Action No. 3:13-cv-00808-MHL |

**NORTONLIFELOCK INC.'S MOTION TO RECONSIDER NORTON'S MOTIONS *IN LIMINE* NOS. 5 AND 6 AND FOR AN IMMEDIATE STAY OF THE PROCEEDINGS**

Defendant NortonLifeLock Inc. f/k/a Symantec Corp. ("Norton") respectfully requests that the Court reverse its decision finding that a conflict of interest exists as a result of Quinn Emanuel's representation of both Dr. Marc Dacier and Norton. In the alternative, Norton requests that the Court reconsider its ruling on Norton's Motions *in Limine* No. 5 and 6 to permit the development of a record on the conflict of interest issue. Dkt. 889. Regardless, to mitigate prejudice to Norton resulting from the MIL Opinion, Norton moves for an immediate stay of this matter until the conflict of interest issue is resolved. Norton respectfully requests expedited briefing and consideration of this Motion and proposes the following schedule:

- **March 28**—Deadline for Columbia to file its response;
- **March 31**—Deadline for Norton to file its reply; and
- **April 5**—Hearing on Norton's motion.

1

Before filing this Motion and Memorandum in Support, Norton contacted Columbia as a courtesy to notify Columbia that it intended to file this Motion and to request Columbia's position on the proposed briefing schedule. Columbia promptly filed its "Emergency Notice" with the Court. Dkt. 921. After filing that Notice, counsel for Columbia responded to Norton's email, stating that Columbia was willing to meet and confer regarding Norton's motion. Given the urgency of this matter, Norton is filing this Motion and Memorandum in Support but remains willing to meet and confer regarding a briefing schedule. The grounds for this Motion are set forth in Norton's Memorandum in Support of this Motion, which is filed herewith.

DATED:  March 22, 2022                    NORTONLIFELOCK INC.

By       /s/ *Dabney J. Carr*
Dabney J. Carr, IV, VSB #28679
TROUTMAN PEPPER
HAMILTON SANDERS LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutman.com

David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
Stephen A. Swedlow (*pro hac vice*)
stephenswedlow@quinnemanuel.com
Nathan Hamstra (*pro hac vice*)
nathanhamstra@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
QUINN EMANUEL URQUHART &
SULLIVAN, LLP

3

Nina Tallon (*pro hac vice*)
ninatallon@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (703) 967-9395
QUINN EMANUEL URQUHART &
SULLIVAN, LLP

Richard Erwine (*pro hac vice)*
richarderwine@quinnemanuel.com
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7135
Facsimile: (212) 849-7100
ATTORNEYS FOR DEFENDANT
NORTONLIFELOCK INC.