IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Plaintiff*<br><br>v.<br><br>NORTONLIFELOCK INC.,<br><br>*Defendant* | Civil Action No. 3:13-cv-00808-MHL |

## NOTICE

Pursuant to the Court's statement at the March 25, 2022 hearing, Quinn Emanuel Urquhart & Sullivan, LLP hereby provides notice that it has withdrawn from its representation of Dr. Dacier.

March 28, 2022                              NORTONLIFELOCK INC.

                                            By:  */s/*
                                                 Of Counsel

Dabney J. Carr, IV, VSB #28679
TROUTMAN PEPPER
HAMILTON SANDERS LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com

David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
Stephen A. Swedlow (*pro hac vice*)
stephenswedlow@quinnemanuel.com
Nathan Hamstra (*pro hac vice*)
nathanhamstra@quinnemanuel.com
191 N. Upper Wacker, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400

Facsimile: (312) 705-7401
QUINN EMANUEL URQUHART &
SULLIVAN LLP

Nina Tallon (*pro hac vice*)
ninatallon@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (703) 967-9395
QUINN EMANUEL URQUHART & SULLIVAN, LLP

Richard Erwine (*pro hac vice)*
richarderwine@quinnemanuel.com
51 Madison Ave, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7135
Facsimile: (212) 849-7100

ATTORNEYS FOR DEFENDANT
NORTONLIFELOCK INC.