IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF
NEW YORK,

    Plaintiff,

v.                                                  Civil Action No. 3:13cv808

NORTONLIFELOCK, INC.,

    Defendant.

## ORDER

This matter comes before the Court *sua sponte*. On April 7, 2022, the Court heard argument as to a possible missing witness instruction regarding Dr. Dacier. As stated from the bench, the Court ORDERS (1) Quinn Emanuel LLP, (2) Latham & Watkins LLP, and (3) Sullivan & Cromwell LLP to file, no later than 5:00 p.m. on April 8, 2022, statements containing legal and factual support as to the appropriate remedy with regard to this Court's finding that Quinn Emanuel LLP rendered Dr. Dacier unavailable. Each firm shall file one statement, and each statement shall not exceed five (5) pages.

It is so ORDERED.

Date: 4-7-2022
Richmond, Virginia

/s/ M. Hannah Lauck
United States District Judge