IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF
NEW YORK,

      Plaintiff,

v.                                                                    Civil Action No. 3:13cv808

NORTONLIFELOCK, INC.,

      Defendant.

## ORDER

This matter comes before the Court on Norton LifeLock, Inc.'s ("Norton") Motion to Withdraw *Pro Hac Vice* Appearances (the "Motion"). (ECF No. 1093.) Having reviewed the Motion, the Court denies it.

It is SO ORDERED.

Date: 4/8/2022
Richmond, Virginia

                                                          /s/
M. Hannah Lauck
United States District Judge