Day 3

# CIVIL JURY TRIAL
## MINUTE SHEET

DATE: 4-14-22

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Columbia v. Norton Lifelock Inc. | CASE NO: 313CV808 <br> JUDGE: Lauck <br> COURT REPORTER: Diane Daffron |

MATTER COMES ON FOR: JURY TRIAL ( )

**TRIAL PROCEEDINGS:**

JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE ( ) EMPANELED, SWORN TO TRY ISSUE ( )

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) (✓) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( ) OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) ___

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ): ___

REBUTTAL EVIDENCE ADDUCED ( ) SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( ) ARGUMENTS OF COUNSEL HEARD ( )

JURY CHARGED BY THE COURT ( ) ALTERNATE JUROR(S) DISCHARGED ( )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY     * JURY OUT: ___
DEFENDANT ( ) GOVERNMENT ( ) NONE NOTED ( )       ** JURY IN: ___

INQUIRIES OF THE JURY RECEIVED; ANSWERED ( ) ADDITIONAL CHARGE ( )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( ) MONETARY AWARD $ ___

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) ( ) ___

JURY UNABLE TO AGREE ( ) MISTRIAL DECLARED ( ) JURY DISCHARGED ( )

CLERK TO ENTER JUDGMENT ON VERDICT ( ) TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL 4-15-22 AT 9:00 A.M. FOR Jury Trial

MOTION(S) AFTER VERDICT: Hrg. before trial arguments heard regarding Exhibit and demonstrative objections. Matter taken under advisement.

Counsel for the Plaintiff(s) Garrad Beeney, Steven Elliott, Dana McDaniel, Dustin Guzior, Alex Gross, Jessica Ecker, John Erbach

Counsel for the Defendant(s) Douglas Lumish, Michael Morin, Ryan Banks, Dabney Carr

SET: 9:00 BEGAN: 9:15 VOIR DIRE: ___ ENDED: 5:25 TIME IN COURT: 6:27

RECESSES:
8:00 - 8:55 Arg re exhibits
10:55 - 11:30   3:15 - 3:45
12:57 - 2:00    3:55   4:05 - 5:15

Day 3

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

Columbia vs. Norton    CASE NO. 3:13 CV 808

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 4/14 | | | Exhibits admitted on the record by Norton that were used 4/13/22 |
| | ✓ | | ✓ | ✓ | DX - BS |
| | ✓ | | ✓ | ✓ | DX - AP |
| | ✓ | | ✓ | ✓ | DX - AK |
| | | | | | * new sheet started for 4/14/22 |

Page 1 of ___ Pages

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | ✓ | 4/14 | | | Mark Dacier by video deposition |
| | | | | | PX 15 |
| | | | | | PX 16 |
| | | | | | PX 380 |
| | | | | | PX 391 |
| | | | | | PX 461 |
| | | | | | PX 57 |
| | | | | | PX 71 |
| | | | | | PX 74 |
| | | | | | PX 80 |
| | | | | | PX 84 |
| | | | | | |
| ✓ | ✓ | | | | David Larson by video deposition |
| | | | | | PX 379 |
| | | | | | PX 71 |
| | | | | | PX 74 |
| | | | | | PX 85 |
| | | | | | PX 88 |
| | | | | | |
| ✓ | ✓ | | | | Benjamin Kimes by video deposition |
| | | | | | PX-8M |
| | | | | | PX-382 |
| | | | | | PX-70 |

Case: Columbia vs. Norton

Page 2 of ___ Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

**Columbia** vs. **Norton**  CASE NO. **3:13CV808**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4/14 | | | Angelos Keromytis |
| | | | | | Professor Georgia Tech |
| ✓ | | | ✓ | ✓ | PX 83 |
| ✓ | | | ✓ | ✓ | PX 81 |
| ✓ | | | ✓ | ✓ | PX 97 |
| ✓ | | | ✓ | ✓ | PX 391 |
| ✓ | | | ✓ | ✓ | PX 57 |
| ✓ | | | ✓ | ✓ | PX 85 |
| ✓ | | | ✓ | ✓ | PX 80 |
| ✓ | | | ✓ | ✓ | PX 382 |
| ✓ | | | ✓ | ✓ | PX 788 |
| ✓ | | | ✓ | ✓ | PX 379 |
| | | | | | Cross |
| | ✓ | | ✓ | ✓ | PX 379 |
| | ✓ | | ✓ | ✓ | PX 788 |
| | ✓ | | ✓ | ✓ | PX 391 |
| ✓ | ✓ | | ✓ | ✓ | PX 17 |
| ✓ | ✓ | | ✓ | ✓ | PX 49 |
| | ✓ | | ✓ | ✓ | PX 57 |
| | ✓ | | ✓ | ✓ | PX 80 |
| | ✓ | | ✓ | ✓ | PX 83 |
| | | | | | Redirect |
| ✓ | | | ✓ | ✓ | PX 49 |
| ✓ | | | ✓ | ✓ | PX 80 |

Page **3** of _____ Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | | Columbia | | vs. | Norton | CASE NO. 3:13CV808 |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| ✓ | | 4/14 | | | Angelos Keromytis cont'd | |
| ✓ | | | | | reserved the right to recall Columbia | |
| | | | | | | |
| ✓ | | | | | Dr. Michael Bailey - offered and accepted as an expert in computer security | |
| | | | | | | |
| | | | | | - Slide presentation used to review qualifications and summary of opinions | |
| ✓ | | | ✓ | ✓ | PX-0788 | |
| ✓ | | | ✓ | ✓ | PX-391 | |
| ✓ | | | ✓ | ✓ | PX-46 | |
| ✓ | | | ✓ | ✓ | PX-81 | |

Page 4 of ___ Pages