# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Plaintiff*<br><br>v.<br><br>NORTONLIFELOCK INC.,<br><br>*Defendant* | Civil Action No. 3:13-cv-00808-MHL |

## NORTONLIFELOCK'S STATEMENT REGARDING PROCEDURAL QUESTION ON INTRODUCTION OF PRETRIAL EMAILS

Defendant NortonLifeLock Inc. submits this response to the Court's request for additional briefing regarding the procedure for introduction of the Pretrial Emails, in the event the Court decides to admit the emails.

While Norton objects to the emails coming into evidence (*See, e.g.,* Dkt. 1139; Dkt. 1123), if the Court admits them, it should simply read them to the jury, to avoid any unnecessary argument or emphasis, e.g., if counsel were to read them to the jury.

Dated: April 19, 2022                                              NORTONLIFELOCK INC.

By _____/s/_____
   Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
Laura Anne Kuykendall, VSB #82318
TROUTMAN PEPPER HAMILTON SANDERS LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutman.com
robert.angle@troutman.com
la.kuykendall@troutman.com

Douglas E. Lumish (*pro hac vice*)
doug.lumish@lw.com
Srinivas Pathmanaban (*pro hac vice*)
giri.pathmanaban@lw.com
Ryan T. Banks (*pro hac vice*)
ryan.banks@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone:  650.463.4600
LATHAM & WATKINS LLP

David K. Callahan (*pro hac vice*)
david.callahan@lw.com
330 North Wabash Ave., Ste. 2800
Chicago, IL 60611
Telephone: 312.876.7700
LATHAM & WATKINS LLP

Michael Morin *(pro hac vice)*
mike.morin@lw.com
Susan Yates Tull (*pro hac vice*)
susan.tull@lw.com
Benjamin J. Behrendt (*pro hac vice*)
benjamin.behrendt@lw.com
Tiffany C. Weston (*pro hac vice*)
tiffany.weston@lw.com

Richard A. Lowry (*pro hac vice*)
richard.lowry@lw.com
Laura Nguyen (*pro hac vice*)
laura.nguyen@lw.com
555 Eleventh St., NW, Ste. 1000
Washington, DC 20004
Telephone:  202.637.2200
LATHAM & WATKINS LLP

ATTORNEYS FOR DEFENDANT NORTONLIFELOCK INC.