# CIVIL JURY TRIAL MINUTE SHEET

Day 8

DATE: 4/21/22

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Columbia University v. Norton Lifelock Inc | CASE NO: 3:13 cv 808 <br> JUDGE: Lauck <br> COURT REPORTER: Diane Daffron, Krista Harding, Tracy Stroh |

**MATTER COMES ON FOR:** JURY TRIAL (✓)

## TRIAL PROCEEDINGS:

JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE ( ) EMPANELED, SWORN TO TRY ISSUE ( )

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) (✓) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( ) OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION( ): _____

REBUTTAL EVIDENCE ADDUCED ( ) SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( ) ARGUMENTS OF COUNSEL HEARD ( )

JURY CHARGED BY THE COURT ( ) ALTERNATE JUROR(S) DISCHARGED ( )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY   * JURY OUT: _____
DEFENDANT ( ) GOVERNMENT ( ) NONE NOTED ( )   ** JURY IN: _____

INQUIRIES OF THE JURY RECEIVED; ANSWERED ( ) ADDITIONAL CHARGE ( )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( ) MONETARY AWARD $ _____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) ( ) _____

JURY UNABLE TO AGREE ( ) MISTRIAL DECLARED ( ) JURY DISCHARGED ( )

CLERK TO ENTER JUDGMENT ON VERDICT ( ) TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL April 22, 2022 AT 9:30 a.M. FOR Jury Trial
Parties to start @ 8:00 am

MOTION(S) AFTER VERDICT: _____

Counsel for the Plaintiff(s) Garrad Beeney, Jessica Ecker, John Erbach, Dustin Guzior, Alex Gross, Dana McDaniel

Counsel for the Defendant(s) Douglas Lumish, Michael Morin, Benjamin Behrendt, Dabney Carr

SET: 9:00   BEGAN: 9:00   VOIR DIRE: ___   ENDED: 5:35   TIME IN COURT: 5:47

RECESSES: 10:42 - 11:10   4:00 - 4:20
12:20 - 1:05
1:55 - 2:20

# EXHIBIT AND WITNESS LIST – CONTINUATION

Day 8

| | | | | | |
|---|---|---|---|---|---|
| Columbia | | vs. | NortonLifeLock | | CASE NO. 3:13 CV 808 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4/21 | | | Redirect of Eric Cole |
| | | | | | Slide presentation used |
| ✓ | | | ✓ | ✓ | PX 511 |
| ✓ | | | | | PX 1000 demonstrative |
| | | | | | |
| ✓ | | | | | Ryan Michael Sullivan |
| | | | | | Intensity President |
| | | | | | # offered and accepted as an expert in Economics |
| | | | | | Slide presentation Report used |
| ✓ | | | ✓ | ✓ | PX 324 |
| ✓ | | | ✓ | ✓ | PX 325 |
| ✓ | | | ✓ | ✓ | PX 531 |
| ✓ | | | ✓ | ✓ | PX 532 |
| ✓ | | | ✓ | ✓ | PX 533 |
| ✓ | | | ✓ | ✓ | PX 534 |
| ✓ | | | ✓ | ✓ | PX 535 |
| ✓ | | | ✓ | ✓ | PX 566 |
| ✓ | | | ✓ | ✓ | PX 83 |
| ✓ | | | ✓ | ✓ | PX 541 |
| ✓ | | | ✓ | ✓ | PX 170 |
| ✓ | | | ✓ | ✓ | PX 530 |
| ✓ | | | ✓ | ✓ | PX 506 |
| ✓ | | | ✓ | ✓ | PX 461 |
| ✓ | | | ✓ | ✓ | PX 62 |
| ✓ | | | ✓ | ✓ | PX 567 |
| ✓ | | | ✓ | ✓ | PX 568 |

Page 1 of ____ Pages

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

Columbia vs. Norton Lifelock    CASE NO. 3:13CV808

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4/21 | | | Ryan Michael Sullivan Cont'd |
| ✓ | | | ✓ | ✓ | PX 569 |
| ✓ | | | ✓ | ✓ | PX 570 |
| ✓ | | | ✓ | ✓ | PX 617 |
| ✓ | | | ✓ | ✓ | PX 618 |
| ✓ | | | ✓ | ✓ | PX 619 |
| ✓ | | | ✓ | ✓ | PX 620 |
| ✓ | | | ✓ | ✓ | PX 621 |
| ✓ | | | ✓ | ✓ | PX 575 |
| ✓ | | | ✓ | ✓ | PX 576 |
| ✓ | | | ✓ | ✓ | PX 577 |
| ✓ | | | ✓ | ✓ | PX 578 |
| ✓ | | | ✓ | ✓ | PX 579 |
| ✓ | | | ✓ | ✓ | PX 843 |
| ✓ | | | ✓ | ✓ | PX 844 |
| ✓ | | | ✓ | ✓ | PX 845 |
| ✓ | | | ✓ | ✓ | PX 846 |
| ✓ | | | ✓ | ✓ | PX 847 |
| ✓ | | | ✓ | ✓ | PX 848 |
| ✓ | | | ✓ | ✓ | PX 849 |
| ✓ | | | ✓ | ✓ | PX 850 |
| ✓ | | | ✓ | ✓ | PX 851 |
| ✓ | | | ✓ | ✓ | PX 852 |
| ✓ | | | ✓ | ✓ | PX 853 |
| ✓ | | | ✓ | ✓ | PX 627 |
| ✓ | | | ✓ | ✓ | PX 315 |

Page 2 of _____ Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

Columbia vs. NortonLifelock   CASE NO. 313CV808

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4/21 | | | Ryan Sullivan Cont'd CROSS Slide presentation used |
| | ✓ | | ✓ | ✓ | PX62 |
| ✓ | | | ✓ | ✓ | PX61 |
| ✓ | | | ✓ | ✓ | DX-AP |
| | | | | | |
| | | | | | |
| ✓ | ✓ | | ✓ | ✓ | Corina Muto   JTX 7 video deposition |
| ✓ | ✓ | | ✓ | ✓ | Dermott Watt   JTX 8 video deposition |
| ✓ | ✓ | | ✓ | ✓ | Linda Bremman   JTX 9 video deposition |
| ✓ | ✓ | | ✓ | ✓ | Pedro Reyes   JTX 10 video deposition |
| | | | | | |
| | | | | | All exhibits confirmed on the record. We finalized and confirmed 4/21/22 w/ both parties. |

Page 3 of ___ Pages