**CIVIL JURY TRIAL**
**MINUTE SHEET**                                                           DATE: 4/22/22

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE Columbia University v. Norton Lifelock, Inc. | CASE NO: 3:13CV808 <br> JUDGE: Lauck <br> COURT REPORTER: Diane Daffron, Krista Harding, Tracy Stroh |

MATTER COMES ON FOR:   JURY TRIAL ( )

**TRIAL PROCEEDINGS:**
JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE ( ) EMPANELED, SWORN TO TRY ISSUE ( )

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADUCED EVIDENCE (✓) RESTED ( ) MOTION( ): _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

JURY CHARGED BY THE COURT ( )   ALTERNATE JUROR(S) DISCHARGED ( )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY   * JURY OUT: _____
DEFENDANT ( ) GOVERNMENT ( ) NONE NOTED ( )   ** JURY IN: _____

INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )   ADDITIONAL CHARGE ( )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( ) MONETARY AWARD $_____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) ( ) _____

JURY UNABLE TO AGREE ( )   MISTRIAL DECLARED ( )   JURY DISCHARGED ( )

CLERK TO ENTER JUDGMENT ON VERDICT ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL April 25, 2022 AT 9:00 A.M. FOR Jury Trial

MOTION(S) AFTER VERDICT: _____

Counsel for the Plaintiff(s) Gerrad Beeney   Jessica Ecker   John Erbach
Dustin Guzior   Alex Grow   Dana McDaniel

Counsel for the Defendant(s) Douglas Lumish   Michael Morin   Susan Tull
Giri Pathmanaban,   Richard Lowry   Dabney Carr

SET: 8:00 BEGAN: 8:10 VOIR DIRE:   ENDED:   TIME IN COURT: —

RECESSES: 9:35 - 9:50
10:45 - 11:00   12:10 - 1:30   4:55 - 5:05
1:50 - 1:30   1:35 - 2:00   5:10 - 5:20 Jury released   6:50
            3:20 - 3:40

Day 4

# EXHIBIT AND WITNESS LIST – CONTINUATION

Columbia vs. Norton Lifelock   CASE NO. 3:13CV808

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | ✓ | 4/22 |  |  | Dr. David Kane, Broadcom Distinguished Engineer, Expert Sonar Demonstrative deemed |
|  | ✓ |  | ✓ | ✓ | PX 315 |
|  | ✓ |  | ✓ | ✓ | PX 505 |
|  | ✓ |  | ✓ | ✓ | PX 398 |
| ✓ |  |  |  |  | Cross objection to slid Slide 3 Norton's opening |
| ✓ |  |  | ✓ | ✓ | PX 288 |
| ✓ |  |  | ✓ | ✓ | I-EEE (PX166) |
| ✓ |  |  |  |  | PX 1001 - demonstratives |
| ✓ |  |  | ✓ | ✓ | PX 236 |
| ✓ |  |  | ✓ | ✓ | PX 235 |
|  | ✓ |  |  |  | Re-direct |
|  | ✓ |  | ✓ | ✓ | PX 288 |
|  | ✓ |  | ✓ | ✓ | PX 236 |
|  | ✓ |  |  |  | Dr. Trent Jaeger - deemed expert in computer science + security |
|  | ✓ |  | ✓ | ✓ | PX 830 |
|  | ✓ |  | ✓ | ✓ | PX 831 |
|  | ✓ |  | ✓ | ✓ | PX 471 |
|  | ✓ |  | ✓ | ✓ | DX-DJ |

Page 1 of ___ Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| Columbia | | | | vs. | Norton LifeLock — CASE NO. 3:13CV808 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 4/22 | ✓ | ✓ | PX-CT  Dr. Trent Jaeger cntd |
| | ✓ | | ✓ | ✓ | PX 505 |
| ✓ | | | ✓ | ✓ | PX 398 |
| | | | | | |
| | | | | | |
| ✓ | | | | | Cross Dr. Trent Jaeger |
| | | | | | |
| | | | | | * Exhibits confined on the record  All in agreement |