# CIVIL JURY TRIAL MINUTE SHEET

DATE: 4/25/22

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Columbia University v. Norton LifeLock Inc. | CASE NO: 3:13 cv 808 <br> JUDGE: Lauck <br> COURT REPORTER: Diane Daffron, Krista Harding, Tracy Stroh |

MATTER COMES ON FOR: JURY TRIAL (✓)

## TRIAL PROCEEDINGS:

JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE ( ) EMPANELED, SWORN TO TRY ISSUE ( )

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( ) OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( )

DEFENDANT(S) ADDUCED EVIDENCE (✓) RESTED ( ) MOTION ( ):

REBUTTAL EVIDENCE ADDUCED ( ) SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( ) ARGUMENTS OF COUNSEL HEARD ( )

JURY CHARGED BY THE COURT ( ) ALTERNATE JUROR(S) DISCHARGED ( )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY  * JURY OUT: _____
DEFENDANT ( ) GOVERNMENT ( ) NONE NOTED ( )  ** JURY IN: _____

INQUIRIES OF THE JURY RECEIVED; ANSWERED ( ) ADDITIONAL CHARGE ( )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( ) MONETARY AWARD $ _____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) ( ) _____

JURY UNABLE TO AGREE ( ) MISTRIAL DECLARED ( ) JURY DISCHARGED ( )

CLERK TO ENTER JUDGMENT ON VERDICT ( ) TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL 4/26/22 AT 9:00 a.M. FOR Jury Trial

MOTION(S) AFTER VERDICT: Hrg re sealed order, Jury Instruction plan, How to proceed today + remainder of trial. * Hrg after Jury was released to review instructions + exhibits.

Counsel for the Plaintiff(s) Garrard Beeney, Alex Gross, John Erbach, Dustin Guzior, Steven Elliott, Dana McDaniel

Counsel for the Defendant(s) Douglas Lumish, Michael Moun, Susan Jull, Dabney Carr

SET: 8:00 BEGAN: 8:20 VOIR DIRE: ENDED: 750 TIME IN COURT: 8:51
RECESSES: 9:00-9:10, 10:42-11:12, 12:40-1:00, 2:19-2:30, 3:50-420, 5:21-, 6:23-750

# EXHIBIT AND WITNESS LIST – CONTINUATION

Columbia vs. Norton    CASE NO. 3:13CV808

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4/25 | | | Cross Examination of Dr. Trent Jaeger |
| ✓ | | | ✓ | | PX 1001 - Demonstrative |
| ✓ | | | ✓ | | PX 1002 - Demonstrative |
| | ✓ | | | | Redirect - Dr. Trent Jaeger |
| | ✓ | | | | Darren Shou (Chief Technology Officer, Norton) |
| | ✓ | | ✓ | ✓ | DX-BS |
| ✓ | | | ✓ | ✓ | PX-57 |
| | ✓ | | ✓ | ✓ | BX-BD |
| ✓ | | | ✓ | ✓ | PX 85 |
| ✓ | | | ✓ | ✓ | PX 80 |
| ✓ | | | ✓ | ✓ | PX 74 |
| ✓ | | | ✓ | ✓ | PX 48 |
| ✓ | | | ✓ | ✓ | PX 70 |
| ✓ | | | ✓ | ✓ | PX 382 |
| ✓ | | | ✓ | ✓ | PX 461 |
| ✓ | | | ✓ | ✓ | DX BR |
| ✓ | | | ✓ | ✓ | PX 379 |
| ✓ | | | ✓ | ✓ | C1 - BQ |
| ✓ | | | ✓ | ✓ | PX 401 |
| ✓ | | | ✓ | ✓ | PX 788 |
| ✓ | | | | | Cross |
| ✓ | | | ✓ | ✓ | PX 401 |
| ✓ | | | ✓ | ✓ | PX 788 |

Page _____ of _____ Pages

**EXHIBIT AND WITNESS LIST – CONTINUATION**

Columbia vs. Norton — CASE NO. 3:13CV808

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4/25 | | | Cross |
| ✓ | | | ✓ | ✓ | PX 391 |
| ✓ | | | ✓ | ✓ | PX 97 |
| ✓ | | | ✓ | ✓ | PX 498 |
| ✓ | | | ✓ | ✓ | PX 88 |
| ✓ | | | ✓ | | PX-1004 Demonstrative |
| ✓ | | | ✓ | ✓ | PX 85 |
| ✓ | | | ✓ | ✓ | PX 489 |
| ✓ | | | ✓ | | PX 1005 Demonstrative |
| ✓ | | | ✓ | ✓ | PX 80 |
| ✓ | | | ✓ | ✓ | PX 88 |
| ✓ | | | ✓ | ✓ | PX 382 |
| ✓ | | | ✓ | | PX 1006 Demonstrative |
| | ✓ | | | | Redirect |
| | ✓ | | ✓ | ✓ | DX-BS |
| | ✓ | | ✓ | ✓ | PX-85 |
| | ✓ | | ✓ | ✓ | PX 387 |

\* exhibits confirmed on the record with the parties all in agreement.

Page 2 of ___ Pages