# CIVIL JURY TRIAL MINUTE SHEET

DATE: 4/26/22

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: Columbia University v. Norton LifeLock Inc. | CASE NO: 3 13 CV 808 <br> JUDGE: Lauck <br> COURT REPORTER: Diane Daffron, Krista Harding, Tracy Stroh |

MATTER COMES ON FOR: JURY TRIAL (✓)

**TRIAL PROCEEDINGS:**

JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE ( ) EMPANELED, SWORN TO TRY ISSUE ( )

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( ) OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ), RESTED (✓) MOTION ( ): Rule 50 filed on the record

DEFENDANT(S) ADDUCED EVIDENCE (✓) RESTED (✓) MOTION ( ): Rule 50 filed on the record

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED (✓)    ARGUMENTS OF COUNSEL HEARD (✓)

JURY CHARGED BY THE COURT ( )    ALTERNATE JUROR(S) DISCHARGED ( )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY    * JURY OUT: _____
DEFENDANT ( ) GOVERNMENT ( ) NONE NOTED ( )           ** JURY IN: _____

INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )    ADDITIONAL CHARGE ( )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( ) MONETARY AWARD $_____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) ( ) _____

JURY UNABLE TO AGREE ( )    MISTRIAL DECLARED ( )    JURY DISCHARGED ( )

CLERK TO ENTER JUDGMENT ON VERDICT ( )    TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL April 27, 2022 AT 9:00 a.M. FOR Jury Trial

MOTION(S) AFTER VERDICT: _____

Counsel for the Plaintiff(s): Garrard Beeney, Alex Cross, John Sibaldi, Dustin Guzzior, Steven Elliott, Dana McDaniel, Jessica Echer

Counsel for the Defendant(s): Douglas Lumish, Michael Morin, Susan Jun, Dabney Carr

SET: 9:00   BEGAN: 9:00   VOIR DIRE: _____   ENDED: 5:35   TIME IN COURT: 6:08

RECESSES:
9:27 - 9:37
10:25 - 10:55
11:49 - 1:00
2:55 - 3:10
4:50 - 5:07

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

Columbia University vs Norton Lifelock    CASE NO. 3:13CV808

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 4/26 | | | Dr. Seth Nielson |
| | | | | | offered and accepted as an |
| | | | | | expert subject to the issues |
| | | | | | Computer Security Expert |
| ✓ | | | ✓ | ✓ | PX 788 |
| ✓ | | | ✓ | ✓ | DX-AG |
| ✓ | | | ✓ | ✓ | DX-BZ |
| ✓ | | | ✓ | ✓ | PX-88 |
| ✓ | | | ✓ | ✓ | PX 401 |
| ✓ | | | ✓ | ✓ | DX-BX |
| ✓ | | | ✓ | ✓ | PX 81 |
| ✓ | | | ✓ | ✓ | PX 17 |
| ✓ | | | ✓ | ✓ | PX 380  DX-AV ✓✓   PX 391 ✓✓ |
| ✓ | | | ✓ | ✓ | PX 176 |
| ✓ | | | | | Cross |
| ✓ | | | ✓ | ✓ | PX 788 |
| ✓ | | | ✓ | ✓ | DX-BZ |
| ✓ | | | ✓ | ✓ | PX-81 |
| ✓ | | | ✓ | ✓ | PX 401 |
| ✓ | | | ✓ | ✓ | PX 88 |
| ✓ | | | | | Bailey's Ex. 12 |
| | ✓ | | | | Redirect |
| | ✓ | | ✓ | ✓ | PX 88 |
| | | | | | |
| | | | | | * exhibits confirmed with the parties on the record all in agreement |

Page 1 of ___ Pages