# CIVIL JURY TRIAL MINUTE SHEET

DATE: 4/27/22

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE Columbia University v. Norton Lifelock, Inc. | CASE NO: 3:13 CV 808 <br> JUDGE: Lauck <br> COURT REPORTER: Diane Daffron, Krista Harding, Tracy Stroh |

**MATTER COMES ON FOR:** JURY TRIAL (✓)

## TRIAL PROCEEDINGS:

JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE ( ) EMPANELED, SWORN TO TRY ISSUE ( )

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( ) OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION( ): _____

REBUTTAL EVIDENCE ADDUCED ( ) SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( ) ARGUMENTS OF COUNSEL HEARD ( )

JURY CHARGED BY THE COURT (✓) ALTERNATE JUROR(S) DISCHARGED ( )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY  * JURY OUT: 10:40
DEFENDANT ( ) GOVERNMENT ( ) NONE NOTED (✓)  ** JURY IN: _____

INQUIRIES OF THE JURY RECEIVED; ANSWERED (✓) ADDITIONAL CHARGE ( )
arguments heard. 4:55pm  5:38

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( ) MONETARY AWARD $ _____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) ( ) _____

JURY UNABLE TO AGREE ( ) MISTRIAL DECLARED ( ) JURY DISCHARGED ( )

CLERK TO ENTER JUDGMENT ON VERDICT ( ) TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL 4/28/22 AT 8:45am .M. FOR Jury Trial

MOTION(S) AFTER VERDICT: _____

Counsel for the Plaintiff(s) Garrard Beeney, Dustin Guzior, Alex Gross, Steven Elliott, John Erbach, Dana McDaniel, Jessica Ecker

Counsel for the Defendant(s) Douglas Lumish, Michael Morin, Susan Tull, Dabney Carr

SET: 9:00  BEGAN: 9:07  VOIR DIRE: _____  ENDED: 5:38  TIME IN COURT: 7:21
RECESSES: 10:40 - 4:55