IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF
NEW YORK,**

      **Plaintiff,**

  v.                                Civil Action No. 3:13cv808

**NORTONLIFELOCK, INC.,**

      **Defendant.**

## ORDER

This matter comes before the Court on the Joint Motion and Proposed Order Regarding the Scheduling for Post-Trial Motions (the "Joint Motion"). (ECF No. 1224.) In accordance with the schedule for post-trial motions set forth in the Joint Motion, the Court hereby ORDERS that:

(1) The parties SHALL file all post-trial motions no later than 5:00 p.m. on June 3, 2022;

(2) The parties SHALL file oppositions no later than 5:00 p.m. on July 1, 2022; and,

(3) The parties SHALL file replies no later than 5:00 p.m. on July 22, 2022.

Dates that may be set by the Local Rules for the Eastern District of Virginia or the Federal Rules of Civil Procedure are superseded by this Order.

It is SO ORDERED.

                                                        /s/
                                        M. Hannah Lauck
                                        United States District Judge

Date: 5-18-2022
Richmond, Virginia

                                        /s/
                             M. Hannah Lauck
                             United States District Judge