IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>   *Plaintiff*,<br><br> v.<br><br>NORTONLIFELOCK INC.,<br><br>   *Defendant*. | Civil Action No. 3:13-cv-00808-MHL |

**COLUMBIA'S MOTION FOR AN ORDER TO SHOW CAUSE**

The Trustees of Columbia University in the City of New York ("Columbia"), by counsel, hereby moves the Court for an order to show cause why certain NortonLifeLock Inc. ("Norton") counsel of record should not be held in civil contempt for failure to comply with the Court's March 15, 2022 Order (Dkt. 890).  The factual and legal basis for this motion and the precise relief requested is more fully set forth in Columbia's Brief in Support of Motion for an Order to Show Cause, filed contemporaneously herewith.

2

Dated: May 24, 2022                                             Respectfully submitted,

/s/ *John M. Erbach*
Dana D. McDaniel (VSB No. 25419)
John M. Erbach (VSB No. 76695)
SPOTTS FAIN, P.C.
411 East Franklin Street, Suite 600
Richmond, Virginia  23219
Tel.: (804) 697-2065
Fax:  (804) 697-2165
dmcdaniel@spottsfain.com
jerbach@spottsfain.com

Garrard R. Beeney (*pro hac vice*)
Dustin F. Guzior (*pro hac vice*)
Stephen J. Elliott (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel.: (212) 558-4000
Fax:  (212) 558-3588
beeneyg@sullcrom.com
guziord@sullcrom.com
elliotts@sullcrom.com

*Counsel for Plaintiff The Trustees of Columbia University in the City of New York*

2