IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF
NEW YORK,

    **Plaintiff,**

v.                                                            Civil Action No. 3:13cv808

NORTONLIFELOCK, INC.,

    **Defendant.**

## ORDER

This matter comes before the Court on the parties' Joint Motion and Proposed Order Regarding the Schedule for Post-Trial Motions Related to the Amount of Attorneys' Fees and Nontaxable Costs (the "Motion). (ECF No. 1233.) In the Motion, the parties "jointly move the Court to allow [them] to address the amount of any award of attorneys' fees and nontaxable costs after the filing of post-trial motions." (*Id.* 1.)

Upon due consideration, and for good cause shown, the Court GRANTS the Motion. (ECF No. 1233.) The parties need not address the amount of attorneys' fees or nontaxable costs that may be awarded as part of the post-trial motions due on June 3, 2022. Instead, the Court will establish a schedule to address the amount of attorneys' fees and nontaxable costs after the filing of post-trial motions due on June 3, 2022, and upon the parties' report of the result of their discussions regarding potential agreement on the amount of fees, if Columbia's motion is granted

in whole or part. To that effect, the parties SHALL jointly file a status report in writing no later than 90 days from the date of this Order.

It is SO ORDERED.

Date: 6/3/2022
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge