# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, <br><br> *Plaintiff* <br><br> v. <br><br> NORTONLIFELOCK INC., <br><br> *Defendant.* | Civil Action No. 3:13-cv-00808-MHL |

**DEFENDANT NORTONLIFELOCK'S STATEMENT IN RESPONSE TO COLUMBIA'S MOTION FOR AN ORDER TO SHOW CAUSE**

Defendant NortonLifeLock Inc. ("Norton"), on its behalf and on behalf of its counsel Latham & Watkins ("Latham"), responds to Columbia's motion for an order to show cause regarding why Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") should not be held in civil contempt for failure to comply with the Court's March 15, 2022 Order (Dkt. 890) (the "Order"). *See* Dkt. 1229. Quinn Emanuel is filing a separate response on its behalf to address the merits of Columbia's motion.[1]

Latham began representing Norton *after* the Court issued its Order. *See* Dkts. 979-86 (Court granting *pro hac vice* motions at the end of March and early April 2022). As noted in filings before trial, both Latham and Norton disclosed all of their communications with Dr. Dacier. Latham provided a full record of all of its correspondence with Dr. Dacier (taking place from April 5-7, 2022), which reflect its effort to secure his presence at trial. Dkt. 1084-2 at 6-7 (provided to Columbia); Dkt. 1084-1 (provided to the Court); *see also* Dkt. 1085 at 1-2; 1088-1 at 3-5; Dkt. 1229 at 4. And Norton, after a comprehensive search, produced an email from former in-house counsel David Majors simply confirming Quinn Emanuel as Dr. Dacier's counsel and asking him to direct any questions to his counsel. Dkt. 547-13; *see also* Dkt. 1088-1 at 1. Latham and Norton do not possess additional communications with Dr. Dacier, including any subject to the Court's Order. When asked by Columbia on April 8, 2022 to provide all communications between Dr. Dacier and Quinn Emanuel, Columbia was told that "Latham does not have these documents and so far as we know, Norton has never seen them and is not in possession of them." Dkt. 1084-2 at 4.

---

[1] Columbia's motion is directed to "counsel for Norton" but at the time of the Order, Latham was not counsel to Norton. Dkt. 1229 at 2 n.2 (Columbia recognizing that "the Order was directed against Counsel only … this motion is directed against Counsel only."); *see also id.* at 1 (defining "Counsel" as "Norton's counsel to whom the Court's Order was directed").

Dated: June 3, 2022                    Respectfully submitted,

By:    */s/*
Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
Laura Anne Kuykendall, VSB #82318
TROUTMAN PEPPER
HAMILTON SANDERS LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
la.kuykendall@troutmansanders.com

Douglas E. Lumish (*pro hac vice*)
Srinivas Pathmanaban (*pro hac vice*)
Ryan T. Banks (*pro hac vice*)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: 650.463.4600
doug.lumish@lw.com
giri.pathmanaban@lw.com
ryan.banks@lw.com

David Callahan (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Ave., Ste. 2800
Chicago, IL 60611
Telephone: 312.876.7700
david.callahan@lw.com

Michael Morin (*pro hac vice*)
Susan Yates Tull (*pro hac vice*)
Richard A. Lowry (*pro hac vice*)
Benjamin J. Behrendt (*pro hac vice*)
Laura Nguyen (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh St., NW, Ste. 1000
Washington, DC 20004
Telephone: 202.637.2200
mike.morin@lw.com
susan.tull@lw.com

2

richard.lowry@lw.com
benjamin.behrendt@lw.com
laura.nguyen@lw.com

*Counsel for Defendant NortonLifeLock Inc.*

3