IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, <br><br> *Plaintiff* <br><br> v. <br><br> NORTONLIFELOCK INC., <br><br> *Defendant* | Civil Action No. 3:13-cv-00808-MHL |

## QUINN EMANUEL URQUHART & SULLIVAN, LLP'S OPPOSITION TO COLUMBIA'S MOTION FOR AN ORDER TO SHOW CAUSE [DKT. 1230]

Attached hereto is the Opposition of Quinn Emanuel Urquhart & Sullivan, LLP to the Motion for an Order to Show Cause [Dkt. 1230] filed by Plaintiff The Trustees of Columbia University in the City of New York.

June 3, 2022                             NORTONLIFELOCK INC.

                                         By:   */s/*
                                                Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
Laura Anne Kuykendall, VSB #82318
TROUTMAN PEPPER
HAMILTON SANDERS LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutman.com
robert.angle@troutman.com
la.kuykendall@troutman.com

ATTORNEYS FOR DEFENDANT
NORTONLIFELOCK INC.