IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Plaintiff*,<br><br>v.<br><br>NORTONLIFELOCK INC.,<br><br>*Defendant*. | Civil Action No. 3:13-cv-00808-MHL |

**COLUMBIA'S MOTION FOR ENHANCED DAMAGES UNDER 35 U.S.C. § 284**

Plaintiff, The Trustees of Columbia University in the City of New York ("Columbia"), respectfully moves this court to enhance damages pursuant to 35 U.S.C. § 284. Specifically, for reasons set out in more detail in the accompanying Memorandum in Support, Columbia respectfully requests that the Court treble the jury's damages award. Columbia also is filing concurrently the Declaration of Dustin F. Guzior, and related exhibits in further support of the motion, as well as the Declaration of Ryan Sullivan, Ph.D.

-2-

Dated:  June 3, 2022 Respectfully submitted,

/s/ *John M. Erbach*
Dana D. McDaniel (VSB No. 25419)
John M. Erbach (VSB No. 76695)
SPOTTS FAIN, P.C.
411 East Franklin Street, Suite 600
Richmond, Virginia  23219
Tel.: (804) 697-2065
Fax:  (804) 697-2165
dmcdaniel@spottsfain.com
jerbach@spottsfain.com

Garrard R. Beeney (*pro hac vice*)
Dustin F. Guzior (*pro hac vice*)
Stephen J. Elliott (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel.: (212) 558-4000
Fax:  (212) 558-3588
beeneyg@sullcrom.com
guziord@sullcrom.com
elliotts@sullcrom.com

*Counsel for Plaintiff The Trustees of Columbia University in the City of New York*