IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Plaintiff*<br><br>v.<br><br>NORTONLIFELOCK INC.,<br><br>*Defendant.* | Civil Action No. 3:13-cv-00808-MHL |

**DEFENDANT NORTONLIFELOCK INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

Pursuant to Federal Rule of Civil Procedure 50(b), Defendant NortonLifeLock, Inc. ("Norton") respectfully moves for judgment as a matter of law ("JMOL") because Plaintiff, The Trustees of the University of Columbia in the City of New York ("Columbia"), failed to present sufficient evidence to permit a reasonable jury to return a verdict in its favor on any of its claims. Columbia did not present sufficient evidence of direct or literal infringement of claim 2 of U.S. Patent No. 8,074,115 and claims 2, 11, and 27 of U.S. Patent No. 8,601,322 ("'322 patent"); induced or contributory infringement of claims 2, 11, and 27 of the '322 patent; willful infringement; or damages. The grounds for this motion are more fully set forth in Norton's Memorandum in Support of this Motion, which is filed herewith.

1

June 3, 2022  NORTONLIFELOCK INC.

By: ___/s/_____
 Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
Laura Anne Kuykendall, VSB #82318
TROUTMAN PEPPER
HAMILTON SANDERS LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutman.com
robert.angle@troutman.com
la.kuykendall@troutman.com

Douglas E. Lumish (*pro hac vice*)
doug.lumish@lw.com
Srinivas Pathmanaban (*pro hac vice*)
giri.pathmanaban@lw.com
Ryan T. Banks (*pro hac vice*)
Ryan.banks@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: 650.463.4600
LATHAM & WATKINS LLP

David K. Callahan (*pro hac vice*)
david.callahan@lw.com
330 North Wabash Ave., Ste. 2800
Chicago, IL 60611
Telephone: 312.876.7700
LATHAM & WATKINS LLP

Michael Morin *(pro hac vice)*
mike.morin@lw.com
Susan Yates Tull (*pro hac vice*)
susan.tull@lw.com
Benjamin J. Behrendt (*pro hac vice*)
benjamin.behrendt@lw.com
Tiffany C. Weston (*pro hac vice*)
tiffany.weston@lw.com
Richard A. Lowry (*pro hac vice*)

2

richard.lowry@lw.com
Laura Nguyen (*pro hac vice*)
laura.nguyen@lw.com
555 Eleventh St., NW, Ste. 1000
Washington, DC 20004
Telephone:  202.637.2200
LATHAM & WATKINS LLP

ATTORNEYS FOR DEFENDANT
NORTONLIFELOCK INC.