IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF
NEW YORK,**

      **Plaintiff,**

v.                                       Civil Action No. 3:13cv808

**NORTONLIFELOCK, INC.,**

      **Defendant.**

## ORDER

This matter comes before the Court on the Trustees of Columbia University in the City of New York's ("Columbia") Motion for Judgment as a Matter of Law of Fraudulent Concealment and Correction of Inventorship (the "Motion"). (ECF No. 1196.) Columbia moves for judgment as a matter of law that Defendant NortonLifelock's ("Norton") "fraudulently concealed material information from Columbia" and "the inventorship of United States Patent No. 8,549,643 ('643 Patent) should be corrected." (ECF No. 1196, at 1.)

On June 3, 2022, after receiving a jury verdict, Columbia and Norton filed a Stipulation Regarding Certain Post-Trial Issues that states that "the Parties have agreed **not** to challenge the jury's verdict regarding the '643 Patent Claims in post-trial motions or on appeal, and Norton agrees that the Court should issue an order to be filed with the U.S. Patent and Trademark Office to effectuate the jury's verdict regarding correction of inventorship." (ECF No 1247, at 4.) On June 27, 2022, the Court entered the requested order regarding correction of inventorship. (ECF No. 1270.)

Because Columbia and Norton have stipulated that they will not challenge the jury verdict regarding the '643 Patent and the Court has already ordered correction of inventorship, the Court DENIES the Motion as MOOT.

It is SO ORDERED.

Date: 11/1/2022
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge