IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Plaintiff*<br><br>v.<br><br>GEN DIGITAL, INC., f/k/a NORTONLIFELOCK INC.,<br><br>*Defendant.* | Civil Action No. 3:13-cv-00808-MHL |

## MOTION TO WITHDRAW APPEARANCE

Defendant Gen Digital, Inc., formerly known as NortonLifeLock, Inc., by counsel and pursuant to Local Rule 83.1(G), moves the court for leave to allow Tiffany C. Weston of Latham & Watkins LLP to withdraw her pro hac vice appearance as counsel for Gen Digital, Inc. Defendant continues to be represented by its other counsel from Latham & Watkins LLP and Troutman Pepper Hamilton Sanders LLP.

WHEREFORE, Defendant seeks entry of an order granting Tiffany C. Weston leave to withdraw as counsel for Defendant, directing the Clerk of Court to strike Ms. Weston's appearance and to remove her from the CM/ECF service list in this matter, and directing all other parties that she shall no longer be served with pleadings, motions, or other papers in this matter.

Dated:  March 2, 2023                           GEN DIGITAL, INC.

                                                By:  */s/*                            
                                                       Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
Laura Anne Kuykendall, VSB #82318
TROUTMAN PEPPER
HAMILTON SANDERS LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutman.com
robert.angle@troutman.com
la.kuykendall@troutman.com

Douglas E. Lumish (*pro hac vice*)
Srinivas Pathmanaban (*pro hac vice*)
Ryan T. Banks (*pro hac vice*)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone:  650.463.4600
doug.lumish@lw.com
giri.pathmanaban@lw.com
ryan.banks@lw.com

David Callahan (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Ave., Ste. 2800
Chicago, IL 60611
Telephone: 312.876.7700
david.callahan@lw.com

Michael Morin (*pro hac vice*)
Susan Yates Tull (*pro hac vice*)
Richard A. Lowry (*pro hac vice*)
Benjamin J. Behrendt (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh St., NW, Ste. 1000
Washington, DC 20004
Telephone:  202.637.2200
michael.morin@lw.com
susan.tull@lw.com
richard.lowry@lw.com
benjamin.behrendt@lw.com

*Counsel for Defendant Gen Digital Inc.*