IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF
NEW YORK,

    Plaintiff,

v.	Civil Action No. 3:13cv808

GEN DIGITAL INC.,
f/k/a SYMANTEC CORPORATION,
f/k/a NORTONLIFELOCK, INC.,

    Defendant.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES IN PART and GRANTS IN PART Columbia's Motion for an Order to Show Cause. (ECF No. 1230.) The parties have had notice and an ample opportunity to be heard through briefs. Based on the record and having considered the parties' briefing, the Court finds Quinn Emmanuel Urquhart & Sullivan in civil contempt for its failure to comply with the Court's March 15, 2022 Order, (ECF No. 890).

The Court will impose a sanction of making a negative inference of egregiousness regarding any unproduced communications with Dr. Dacier from 2017 through 2020 for the purpose of deciding Columbia's pending motions for enhancement of the jury's damage award under 35 U.S.C. § 284, (ECF No. 1252), and for attorneys' fees under 35 U.S.C. § 285, (ECF No. 1260).

It is SO ORDERED.

Date: September 30, 2023
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge