IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF
NEW YORK,

        Plaintiff,

v.                                             Civil Action No. 3:13cv808

GEN DIGITAL INC.,
f/k/a SYMANTEC CORPORATION,
f/k/a NORTONLIFELOCK, INC.,

        Defendant.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS the Motion for Enhanced Damages Under 35 U.S.C. Section 284, (ECF No. 1252), and the Motion for Attorney Fees Under 35 U.S.C. Section 285, (ECF No. 1260).

The Court ORDERS that the jury's award of $185,112,727.00 be enhanced 2.6 times to a total of $481,293,090.00. The Court further ORDERS that Norton pay attorneys' fees reasonably related to the post-remand litigation misconduct identified in the accompany Memorandum Opinion. Finally, the Court ORDERS the parties to meet and confer in good faith within 30 days from the date of this Order in an effort to reach a stipulation on the fee award. In the event the parties cannot reach a stipulation on this issue, the parties may file an appropriate fee petition to resolve any further dispute.

It is SO ORDERED.

Date: September 30, 2023
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge