IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF
NEW YORK,

     Plaintiff,

  v.                           Civil Action No. 3:13cv808

GEN DIGITAL INC.,
f/k/a SYMANTEC CORPORATION,
f/k/a NORTONLIFELOCK, INC.,

     Defendant.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES

AS MOOT Defendant NortonLifeLock, Inc.'s ("Norton")[1] Motion for Judgment as a Matter of

Law Under Federal Rule of Civil Procedure 50(a) (the "Motion"), (ECF No. 1191), and DENIES

Norton's Renewed Motion for Judgment as a Matter of Law Under Federal Rule of Civil

Procedure 50(b) (the "Renewed Motion"), (ECF No. 1253).

It is SO ORDERED.

Date: September 30, 2023                       /s/
Richmond, Virginia                  M. Hannah Lauck
                                United States District Judge

---

[1] The Court previously issued a Notice explaining that it will refer to the Defendant as "Norton" on a default basis, and why. (ECF No. 1328.)