IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF
NEW YORK,

        Plaintiff,

v.                                      Civil Action No. 3:13cv808

GEN DIGITAL INC.,
f/k/a SYMANTEC CORPORATION,
f/k/a NORTONLIFELOCK, INC.,

        Defendant.

## MEMORANDUM ORDER

This matter comes before the Court on the Trustees of Columbia University in the City of New York's ("Columbia") Motion for Status Conference (the "Motion"). (ECF No. 1325.) Given the Court's rulings on the post-trial motions, the Court DENIES AS MOOT Columbia's Motion. (ECF No. 1325.)

It is SO ORDERED.

Date: September 30, 2023
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge