**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, <br><br> *Plaintiff*, <br><br> v. <br><br> GEN DIGITAL INC. f/k/a NORTONLIFELOCK, INC., <br><br> *Defendant*. | No. 3:13-cv-808-MHL |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Gen Digital Inc., formerly known as NortonLifeLock, Inc. ("Norton"), appeals to the U.S. Court of Appeals for the Federal Circuit from the September 30, 2023 final judgment (Dkt. 1342) and all other rulings merging into the Court's final judgment, including without limitation the September 30, 2023 orders and opinions denying Norton's motion for a new trial (Dkt. 1339-40), denying Norton's renewed motion for judgment as a matter of law (Dkt. 1337-38), granting in part the motion for pre-judgment interest, post-judgment interest, supplemental damages, and a post-judgment running royalty (Dkt. 1335-36), granting enhanced damages under 35 U.S.C. § 284 and attorneys' fees under 35 U.S.C. § 285 (Dkt. 1333-34), and granting in part the motion for an order to show cause (Dkt. 1331-32).

Dated: October 25, 2023

Respectfully submitted,

By: /s/ Dabney J. Carr IV

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
Laura Anne Kuykendall, VSB #82318
TROUTMAN PEPPER HAMILTON SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutman.com
robert.angle@troutman.com
la.kuykendall@troutman.com

Douglas E. Lumish (*pro hac vice*)
Srinivas Pathmanaban (*pro hac vice*)
Ryan T. Banks (*pro hac vice*)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 463-4600
doug.lumish@lw.com
giri.pathmanaban@lw.com
ryan.banks@lw.com

David K. Callahan (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Ave., Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
david.callahan@lw.com

Michael A. Morin (*pro hac vice*)
Melissa Arbus Sherry (*pro hac vice*)
Susan Yates Tull (*pro hac vice*)
David A. Zucker, VSB #89713
Richard A. Lowry (*pro hac vice*)
Benjamin J. Behrendt (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Ste. 1000
Washington, DC 20004
Telephone: (202) 637-2200
michael.morin@lw.com
melissa.sherry@lw.com
susan.tull@lw.com
david.zucker@lw.com
richard.lowry@lw.com
benjamin.behrendt@lw.com

*Attorneys for Defendant GenDigital Inc. f/k/a NortonLifeLock, Inc.*