**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>      Plaintiff,<br><br>      v.<br><br>GEN DIGITAL INC., f/k/a/ SYMANTEC CORPORATION, f/k/a NORTONLIFELOCK, INC.,<br><br>      Defendant. | Civil Action No. 3:13-cv-808 |

## NOTICE OF APPEAL

Notice is hereby given that Quinn Emanuel Urquhart & Sullivan LLP appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered September 30, 2023 (Dkt. 1342) and the associated orders relating to the Court's finding of civil contempt and sanctions against Quinn, including but not limited to the Court's Order and Opinion holding Quinn in civil contempt and assessing sanctions (Dkt. 1331, 1332); the Order and Opinion Assessing Enhanced Damages (Dkt. 1333, 1334); the Pre-Judgment Interest and Supplemental Damages Order and Opinion (Dkt. 1335, 1336); and all other rulings, proceedings, orders, findings, and decisions (whether oral or written) interlocutory thereto, incorporated within, or underlying them.

This appeal is made pursuant to 28 U.S.C. §§ 1291, 1292(c) & 1295(a)(1).

| | |
|---|---|
| DATED: October 25, 2023 | */s/ Christopher G. Michel* |
| | Christopher G. Michel, VSB #89403 |
| | christophermichel@quinnemanuel.com |
| | Nina Tallon (*pro hac vice*) |
| | ninatallon@quinnemanuel.com |
| | 1300 I Street NW, Suite 900 |
| | Washington, DC 20005 |
| | Telephone: (202) 538-8000 |
| | Facsimile: (202) 538-8100 |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | |
| | David A. Nelson (*pro hac vice*) |
| | davenelson@quinnemanuel.com |
| | Nathan Hamstra (*pro hac vice*) |
| | nathanhamstra@quinnemanuel.com |
| | 191 N. Wacker Drive, Suite 2700 |
| | Chicago, Illinois 60606 |
| | Telephone: (312) 705-7400 |
| | Facsimile: (312) 705-7401 |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | |
| | Richard Erwine (*pro hac vice)* |
| | richarderwine@quinnemanuel.com |
| | 51 Madison Ave, 22nd Floor |
| | New York, NY 10010 |
| | Telephone: (212) 849-7135 |
| | Facsimile: (212) 849-7100 |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appeal was served on October 25, 2023, via electronic service using the CM/ECF system, to all counsel of record.

                                        */s/ Christopher G. Michel*
                                        Christopher G. Michel