IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>                     *Plaintiff*,<br><br>v.<br><br>GEN DIGITAL INC., f/k/a SYMANTEC CORPORATION, f/k/a NORTONLIFELOCK, INC.,<br><br>                     *Defendant*. | Civil Action No. 3:13-cv-00808-MHL |

## ORDER

Pursuant to the Parties' Stipulation Regarding the Amount of Attorneys' Fees, Taxable Costs, Supplemental Damages, and Interest filed in this case on October 30, 2023, the Court hereby ORDERS as follows:

1. The amount of attorneys' fees awarded to The Trustees of Columbia University in the City of New York ("Columbia") pursuant to the Final Judgment shall be $20,650,000.00.

2. Columbia shall be entitled to an award of taxable costs, pursuant to 28 U.S.C. § 1920, in the amount of $277,626.70.

3. The amount of supplemental damages awarded to Columbia pursuant to the Final Judgment shall be at least $4,783,381.00 ($2,970,301.60 of which is for sales to customers located in the United States). The parties shall continue to confer on whether Gen Digital owes additional supplemental damages to Columbia, and should the parties not reach agreement, the parties agree to address any dispute in briefing to the Court after the resolution of Gen Digital's appeal.

4. The total amount of prejudgment interest awarded to Columbia pursuant to the Final Judgment shall be $70,986,195.00 ($35,057,789.00 of which is for sales to customers located in the United States).

5. The total amount awarded to Columbia pursuant to the Final Judgment, including enhanced damages, supplemental damages, prejudgment interest, attorneys' fees, and taxable costs, before post-judgment interest, is $577,990.292.70 ($296,204,448.00 of which is for sales to customers located in the United States).

6. The total amount of estimated post-judgment interest (based on an estimated 18-month accrual period) is $22,100,657.00 ($11,005,336.00 of which is for sales to customers located in the United States). The Parties will adjust post-judgment interest, to be calculated as stipulated between the parties, based on the actual accrual period should all or some of the final judgment be affirmed on appeal.

7. The total amount awarded to Columbia pursuant to the Final Judgment, including estimated post-judgment interest for an 18-month accrual period, is $600,090,950.00 ($307,530,439.00 of which is for sales to customers located in the United States).

8. Pursuant to Fed. R. Civ. P. 62(b), the *supersedeas* bond obtained by Gen Digital and attached as Ex. A to the parties' stipulation is hereby APPROVED, and the Final Judgment entered by the Court on September 30, 2023 (Dkt. 1342) is hereby STAYED pending appeal.

9. The Parties shall retain all rights regarding the above matters, in the event that the Court's Final Judgment is reversed, modified, or vacated on appeal.

Let the Clerk file this Order electronically, notifying all counsel of record accordingly.

It is SO ORDERED.

Dated: 12/7/2023
Richmond, Virginia

/s/ MHL
M. Hannah Lauck
United States District Judge
Hon. M. Hannah Lauck
United States District Judge