**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,**

**Plaintiff,**

**Civil Action No. 3:13-cv-808**

**v.**

**GEN DIGITAL INC., f/k/a SYMANTEC CORPORATION, f/k/a NORTONLIFELOCK, INC.,**

**Defendant.**

**ORDER**

This matter comes before the Court after reversal and remand from the United States Court of Appeals for the Federal Circuit. (ECF Nos. 1384, 1385, 1386, 1387.)

The Court now ORDERS the parties to file, no later than April 13, 2026 at 5:00 p.m., their positions as to how the matter should proceed on remand.

The Court DIRECTS the Clerk to re-open this matter.

It is SO ORDERED.

Date: 4/2/26
Richmond, Virginia

/s/
M. Hannah Lauck
Chief United States District Judge