**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,

*Plaintiff*,

v.

GEN DIGITAL INC.,
f/k/a SYMANTEC CORPORATION,
f/k/a NORTONLIFELOCK INC.,

*Defendant*.

Civil Action No. 3:13-cv-00808-MHL

**JOINT MOTION FOR EXTENSION OF TIME TO FILE POSITIONS IN RESPONSE TO THE COURT'S APRIL 2, 2026 ORDER (ECF NO. 1388)**

Plaintiff The Trustees of Columbia University in the City of New York ("Columbia") and Defendant Gen Digital, Inc. ("Gen Digital" or collectively with Columbia, the "Parties"), pursuant to Fed. R. Civ. P. 6(b)(1)(A), jointly move the Court for a one (1) week extension of time to submit their respective positions as to how the matter should proceed on remand. In support of this motion, the Parties jointly state as follows:

1. On April 2, 2026, the Court entered an Order (the "April 2 Order"), noting that the United States Court of Appeals for the Federal Circuit had remanded the matter to this Court and ordering the Parties "to file, no later than April 13, 2026 at 5:00 p.m., their positions as to how the matter should proceed on remand." (ECF No. 1388.)

2. Since the Court entered the April 2 Order, the Parties have conferred multiple times to determine areas of agreement, discuss procedural issues related to remand, and identify areas of

disagreement. These conferrals have been productive, and the Parties would like to continue them in the hope of reaching further agreement or better crystallizing any areas of disagreement.

3. Granting this motion will not delay the proceedings in this Court because, as Columbia has disclosed to Norton, Columbia has filed today a petition for panel rehearing on the issue of foreign sales, which will delay issuance of the mandate, with proceedings in this Court formally resuming after issuance.

4. Under Fed. R. Civ. P. 6(b)(1)(A), "the court may, for good cause, extend the time [to respond to its April 2 Order] . . . if a request is made before the original time or its extension expires." Good cause exists here because granting the motion will not delay resolution of the case and will promote judicial efficiency by providing additional time for the Parties to reach agreement on the issues or more clearly define areas of disagreement.

WHEREFORE, the Parties respectfully move the Court for a one (1) week extension of time to submit their respective positions as to how the matter should proceed on remand in response to the Court's April 2, 2026 Order (ECF No. 1388), such that each party's submission will be due on April 20, 2026. A proposed order granting the requested relief is filed herewith.

Dated: April 10, 2026

Respectfully submitted,

/s/ *John M. Erbach*

John M. Erbach (VSB No. 76695)
SPOTTS FAIN, P.C.
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Tel.: (804) 697-2044
Fax: (804) 697-2144
jerbach@spottsfain.com

Dustin F. Guzior (*pro hac vice*)
Alexander N. Gross (*pro hac vice*)
Garrard R. Beeney (*pro hac vice*)

Stephen J. Elliott (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel.: (212) 558-4000
Fax: (212) 558-3588
guziord@sullcrom.com
grossa@sullcrom.com
beeneyg@sullcrom.com
elliotts@sullcrom.com

*Counsel for Plaintiff The Trustees of Columbia University in the City of New York*

GEN DIGITAL INC.

By: */s/ Dabney J. Carr, IV*
Dabney J. Carr, IV, VSB #28679
dabney.carr@troutman.com
Robert A. Angle, VSB #37691
robert.angle@troutman.com
TROUTMAN PEPPER LOCKE LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339

Michael Morin *(pro hac vice)*
mike.morin@lw.com
Richard A. Lowry (*pro hac vice*)
richard.lowry@lw.com
555 Eleventh St., NW, Ste. 1000
Washington, D.C. 20004
Telephone: 202.637.2200
LATHAM & WATKINS LLP

Douglas E. Lumish (*pro hac vice)*
Doug.Lumish@weil.com
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: 650.902.3000
WEIL, GOTSHAL & MANGES LLP

*Counsel for Gen Digital Inc.*