**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Plaintiff*,<br><br>v.<br><br>GEN DIGITAL INC., f/k/a SYMANTEC CORPORATION, f/k/a NORTONLIFELOCK INC.,<br><br>*Defendant*. | Civil Action No. 3:13-cv-00808-MHL |

**[PROPOSED]**
**ORDER**

THIS MATTER is before the Court on the Joint Motion for Extension of Time to File Positions in Response to the Court's April 2, 2026 Order (ECF No. 1388), which seeks a one (1) week extension of time to respond to that Order. For the reasons stated in the Parties' Joint Motion, pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Court finds good cause to grant the requested extension of time. Accordingly, the Joint Motion is GRANTED and the Court ORDERS the Parties to file, no later than April 20, 2026, their positions as to how the matter should proceed on remand.

The Clerk is directed to file this Order electronically, notifying all counsel of record accordingly.

It is so ORDERED.

Dated: ____________
Richmond, Virginia

______________________________
Hon. M. Hannah Lauck
Chief United States District Judge