**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,**

**Plaintiff,**

**v.**

**Civil Action No. 3:13-cv-808**

**GEN DIGITAL INC.,**
**f/k/a SYMANTEC CORPORATION,**
**f/k/a NORTONLIFELOCK, INC.,**

**Defendant.**

**ORDER**

This matter comes before the Court on the parties' Joint Motion for Extension of Time to File Positions (the "Joint Motion"). (ECF No. 1389.) On April 2, 2026, the Court ordered the parties to file their positions as to how this matter should proceed after remand from the United States Court of Appeals for the Federal Circuit. (ECF No. 1388.) The Court ordered the parties to file those positions by April 13, 2026. (ECF No. 1388, at 1.)

In their Joint Motion, the parties explain that after the Court's April 2, 2026 Order, "the Parties have conferred multiple times to determine areas of agreement, discuss procedural issues related to remand, and identify areas of disagreement. These conferrals have been productive, and the Parties would like to continue them in the hope of reaching further agreement or better crystallizing any areas of disagreement." (ECF No. 1389, at 1–2.) The parties therefore seek a one-week extension of time to submit their positions. (ECF No. 1389, at 2.)

Upon due consideration and for good cause shown, the Court GRANTS the Joint Motion. (ECF No. 1389.) The parties SHALL file their positions as to how this matter should proceed after remand no later than April 20, 2026 at 5:00 p.m.

It is SO ORDERED.

Date: 4/13/2026
Richmond, Virginia

/s/
M. Hannah Lauck
Chief United States District Judge