**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Plaintiff*<br><br>v.<br><br>GEN DIGITAL INC.,<br><br>*Defendant* | Civil Action No. 3:13-cv-00808 |

**UNOPPOSED MOTION TO RELEASE SUPERSEDEAS BOND**

Defendant Gen Digital Inc. ("Gen Digital") hereby moves to release the supersedeas bond filed in this matter on December 12, 2023 (ECF No. 1369). The grounds for this motion are more fully set forth in Gen Digital's memorandum in support of the motion, which is filed herewith.

WHEREFORE, Gen Digital respectfully requests that this Motion be granted and that the Court enter an Order directing the Clerk to release the supersedeas bond previously filed by Gen Digital and directing Gen Digital to return the original receipt for the bond to the Clerk.

GEN DIGITAL INC.

By: /s/
Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
Troutman Pepper Locke LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutman.com
robert.angle@troutman.com

Douglas E. Lumish (*pro hac vice)*
Weil, Gotshal & Manges
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: 650.802.3190
doug.lumish@lw.com

Michael Morin (*pro hac vice*)
Gabriel K. Bell (*pro hac vice*)
Richard A. Lowry (*pro hac vice*)
Ashley N. Finger (*pro hac vice*)
Latham & Watkins LLP
555 Eleventh St., NW, Ste. 1000
Washington, DC 20004
Telephone: 202.637.2200
mike.morin@lw.com
gabriel.bell@lw.com
richard.lowry@lw.com
ashley.finger@lw.com

*Counsel for Defendant Gen Digital Inc.*