**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Plaintiff*<br><br>v.<br><br>GEN DIGITAL INC.,<br><br>*Defendant* | Civil Action No. 3:13-cv-00808 |

**PROPOSED ORDER**

This matter is before the Court on the Unopposed Motion of Defendant Gen Digital Inc. ("Gen Digital") to release the supersedeas bond Gen Digital filed with the Clerk on December 12, 2023 (ECF No. 1369). As this relief is appropriate and Plaintiff Trustees of Columbia University in the City of New York consents, the Motion is hereby GRANTED, and the Court ORDERS that the supersedeas bond approved by the Court in its Order dated December 7, 2023 (ECF No. 1365) is hereby RELEASED.

Gen Digital is DIRECTED to return to the Clerk of Court the original receipt for supersedeas bond filed with the Clerk on December 12, 2023. Upon receipt of the original receipt from Gen Digital, the Clerk is DIRECTED to release the original supersedeas bond to counsel for Gen Digital.

**IT IS SO ORDERED.**

Dated: ____________________

______________________________
U.S. District Judge