**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Plaintiff*<br><br>v.<br><br>GEN DIGITAL INC.,<br><br>*Defendant* | Civil Action No. 3:13-cv-00808 |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO RELEASE SUPERSEDEAS BOND**

Defendant Gen Digital Inc. ("Gen Digital") states as follows in support of its unopposed motion to release supersedeas bond:

1. On December 7, 2023, the Court entered an order (the "Order") which, among other things, approved a supersedeas bond that Gen Digital obtained to secure the judgment entered in this matter on September 30, 2023 (the "Final Judgment"). *See* Order, ECF No. 1365 at ¶ 8. Pursuant to the Order, Gen Digital filed the original, fully executed, supersedeas bond with the Clerk on December 12, 2023. *See* ECF No. 1369.

2. On March 11, 2026, the Federal Circuit vacated the Final Judgment, *Trustees of Columbia University in the City of New York v. Gen Digital Inc.*, 169 F.4th 1320, 1326 (Fed. Cir. 2026), and remanded this matter to the Court for further consideration consistent with its decision. *Id*. at 1341. The Federal Circuit issued its mandate on May 21, 2026. *See* Mandate, ECF No. 1405.

3. The supersedeas bond (ECF No. 1369) is no longer necessary because the Federal Circuit vacated the Final Judgment. The supersedeas bond should be released.

4. Counsel for Gen Digital has consulted with counsel for Plaintiff Trustees of Columbia University in the City of New York ("Columbia"). Columbia consents to the relief requested in this Motion.

5. A Proposed Order granting this Motion is filed herewith.

WHEREFORE, Gen Digital respectfully requests that the Court grant its Motion and that the Court enter an Order directing the Clerk to release the supersedeas bond previously filed by Gen Digital and directing Gen Digital to return the original receipt for the bond to the Clerk.

GEN DIGITAL INC.

By: ___/s/___________________
Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
Troutman Pepper Locke LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: 804.697.1200
Facsimile: 804.697.1339
dabney.carr@troutman.com
robert.angle@troutman.com

Douglas E. Lumish (*pro hac vice)*
Weil, Gotshal & Manges
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: 650.802.3190
doug.lumish@weil.com

Michael Morin (*pro hac vice*)
Gabriel K. Bell (*pro hac vice*)
Richard A. Lowry (*pro hac vice*)
Ashley N. Finger (*pro hac vice*)
Latham & Watkins LLP

555 Eleventh St., NW, Ste. 1000
Washington, DC 20004
Telephone: 202.637.2200
mike.morin@lw.com
gabriel.bell@lw.com
richard.lowry@lw.com
ashley.finger@lw.com

*Counsel for Defendant Gen Digital Inc.*