**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,**

**Plaintiff,**

**v.**

**Civil Action No. 3:13-cv-808**

**GEN DIGITAL INC.,**
f/k/a SYMANTEC CORPORATION,
f/k/a NORTONLIFELOCK INC.,

**Defendant.**

# ORDER

This matter comes before the Court on Defendant Gen Digital, Inc's ("Gen Digital") Unopposed Motion to Release Supersedeas Bond (the "Motion"). (ECF No. 1408.) On September 30, 2023, the Court entered a Final Judgment in this matter. (ECF No. 1342.) On December 7, 2023, the Court entered an Order approving the *supersedeas* bond obtained by Gen Digital. (ECF No. 1365 ¶ 8.) On December 12, 2023, Gen Digital filed its *supersedeas* bond. (ECF No. 1369.) On March 11, 2026, the United States Court of Appeals for the Federal Circuit vacated the Final Judgment entered by the Court. (ECF Nos. 1386, 1387.)

In the instant Motion, Gen Digital argues that "[t]he supersedeas bond (ECF No. 1369) is no longer necessary because the Federal Circuit vacated the Final Judgment." (ECF No. 1409, at 2.) As a result, Gen Digital contends that "[t]he supersedeas bond should be released." (ECF No. 1409, at 2.) Gen Digital represents that Plaintiff The Trustees of Columbia University in the City of New York's ("Columbia") "consents to the relief requested in th[e] Motion." (ECF No. 1409, at 2.)

The Court therefore GRANTS the Motion. (ECF No. 1408.) The Court ORDERS that the *supersedeas* bond, (ECF No. 1369), is RELEASED. The Clerk is DIRECTED to release the *supersedeas* bond to counsel for Gen Digital.

It is SO ORDERED.

/s/
M. Hannah Lauck
Chief United States District Judge

Date: 6/2/26
Richmond, Virginia