TOPS FORM 46808®

# RECEIPT

DATE 12/12/23

NO. 8326

RECEIVED FROM Gen Digital Inc. f/k/a Norton LifeLock, Inc.

ADDRESS c/o Dabney Carr, Troutman Pepper Hamilton Sanders LLP
1001 Haxall Point, Richmond, VA 23219

DOLLARS $ 481,293,090.00

FOR Bond #s 9442160, 070220737, 790101658, 800132468, 0847926 Zurich American, Liberty Mutual, Nationwide, Atlantic Specialty, Harco National Ins. Companies 3:13cv808

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | |
| AMT. PAID | | CHECK | |
| BALANCE DUE | | MONEY ORDER | |

BY Jessica Smith

Released

Per Order Released
Per Order Entered on 6/1/26