Troutman Pepper Locke LLP
Troutman Pepper Locke Building, 1001 Haxall Point, 15th Floor
Richmond, VA 23219

troutman.com

troutman pepper locke

**Dabney Carr**
D 804.697.1238
dabney.carr@troutman.com

June 2, 2026

**BY HAND DELIVERY**

Mr. Fernando Galindo, Clerk
United States District Court for the
Eastern District of Virginia
Spottswood W. Robinson III and
Robert R. Merhige, Jr. Federal Courthouse
701 East Broad Street
Richmond, Virginia 23219

Attn: Jessica Smith

**Re: The Trustees of Columbia University in the City of New York v. NortonLifeLock, Inc. f/k/a Symantec Corporation.
Case No. 3:13-cv-808**

Dear Ms. Smith:

Per our conversation, enclosed please find the original receipt for the Supersedeas Bond filed in the above matter, which has been released by the Court. Please give the original bond to my messenger for return to me.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Dabney Carr

Dabney Carr

Enclosure